IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIASAT, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. |
| | ) |
| INTELLECTUAL VENTURES I LLC and | ) **JURY TRIAL DEMANDED** |
| INTELLECTUAL VENTURES II LLC, | ) |
| | ) |
| Defendant. | ) |

## **RULE 7.1 DISCLOSURE STATEMENT OF VIASAT, INC.**

Under Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Viasat, Inc. submits this disclosure statement:

Viasat is a Delaware corporation and has no parent corporation.

Blackrock, Inc. is the only entity that owns 10% or more of Viasat's stock.

|  |  |
|---|---|
| | */s/ Karen E. Keller* |
| | Karen E. Keller (No. 4489) |
| OF COUNSEL: | SHAW KELLER LLP |
| Matthew S. Warren | I.M. Pei Building |
| Erika H. Warren | 1105 North Market Street, 12th Floor |
| Madeline A. Woodall | Wilmington, DE 19801 |
| WARREN KASH WARREN LLP | (302) 298-0700 |
| 2261 Market Street, No. 606 | kkeller@shawkeller.com |
| San Francisco, CA, 94114 | *Attorneys for Plaintiff* |
| (415) 895-2940 | |

Dated: January 14, 2025