# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIASAT, INC.,<br><br>                Plaintiff,<br>v.<br><br>INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC,<br><br>                Defendants. | C.A. No. 25-cv-56-CFC |

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of Brian E. Farnan of Farnan LLP as attorney of record on behalf of Defendants Intellectual Ventures I LLC and Intellectual Ventures II LLC in this matter.

Dated: January 29, 2025

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Defendants*