# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIASAT, INC., <br><br> Plaintiff, <br><br> v. <br><br> INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, <br><br> Defendants. | C.A. No. 25-cv-56-CFC |

## STIPULATION TO EXTEND TIME

The parties hereby agree, subject to the approval of the Court, that the time for Defendants to answer, move, or otherwise respond to the Complaint for Patent Infringement is extended to February 20, 2025. No party to this action will seek any further extension of the time to respond to the Complaint.

| | |
|---|---|
| DATED: February 18, 2025 | Respectfully submitted, |
| SHAW KELLER LLP | FARNAN LLP |
| /s/ Karen E. Keller <br> Karen E. Keller (No. 4489) <br> I.M. Pei Building <br> 1105 North Market Street, 12th Floor <br> Wilmington, DE 19801 <br> (302)298-0700 <br> kkeller@shawkeller.com <br><br> *Attorneys for Plaintiff* | /s/ Michael J. Farnan <br> Brian E. Farnan (Bar No. 4089) <br> Michael J. Farnan (Bar No. 5165) <br> 919 North Market Street, 12th Floor <br> Wilmington, DE 19801 <br> (302) 777-0300 <br> bfarnan@farnanlaw.com <br> mfarnan@farnanlaw.com <br><br> *Attorneys for Defendants* |

IT IS SO ORDERED this ____ day of February, 2025.

_____
The Honorable Colm F. Connolly