# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIASAT, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>*Defendants*. | C.A. No. 25-cv-56-CFC |

## **DEFENDANTS' MOTION TO DISMISS, STAY, OR TRANSFER**

Defendants Intellectual Ventures I LLC, and Intellectual Ventures II LLC ("IV") respectfully submit this Motion to Dismiss or, in the Alternative, Stay or Transfer Plaintiff ViaSat, Inc.'s ("ViaSat") Complaint for Declaratory Judgment ("Complaint"), pursuant to Federal Rule of Civil Procedure 12(b)(1) and 28 U.S.C. § 1404. The grounds for this Motion are set forth in the accompanying opening brief.

WHEREFORE, Defendants respectfully request that the Court dismiss or, in the alternative, stay or transfer this action.

Dated: February 20, 2025 | Respectfully submitted,

FARNAN LLP

Of Counsel:

/s/ *Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Jonathan K. Waldrop | Michael J. Farnan (Bar No. 5165)
Darcy L. Jones | 919 N. Market St., 12th Floor
Marcus A. Barber | Wilmington, DE 19801
John Downing | Tel: (302) 777-0300
Heather S. Kim | bfarnan@farnanlaw.com
ThucMinh Nguyen | mfarnan@farnanlaw.com
KASOWITZ BENSON TORRES LLP
333 Twin Dolphin Dr., Suite 200
Redwood Shores, CA 94065
Tel: (650) 453-5170 | Attorneys for Defendants
Fax: (650) 362-9302 | *Intellectual Ventures I LLC and*
JWaldrop@kasowitz.com | *Intellectual Ventures II LLC*
DJones@kasowitz.com
MBarber@kasowitz.com
JDowning@kasowitz.com
HKim@kasowitz.com
TNguyen@kasowitz.com

Paul G. Williams
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street, N.E., Suite 2445
Atlanta, Georgia 30309
Tel: (404) 260-6080
Fax: (404) 260-6081
PWilliams@kasowitz.com