# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIASAT, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>*Defendants*. | C.A. No. 25-cv-56-CFC |

## DECLARATION OF JONATHAN K. WALDROP IN SUPPORT OF DEFENDANTS' OPENING BRIEF IN SUPPORT OF MOTION TO DISMISS, STAY, OR TRANSFER

I, Jonathan K. Waldrop, declare as follows:

1. I am a Partner with the law firm of Kasowitz Benson Torres LLP. I am one of the attorneys responsible for the representation of Defendants Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively, "Defendants") in this matter and make this declaration in support of Defendants' Opening Brief in Support of Motion to Dismiss, Stay, or Transfer.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Complaint for Patent Infringement, *Intellectual Ventures I LLC and Intellectual Ventures II LLC v. Southwest Airlines Co.*, C.A. No. 7:24-cv-00277 (W.D. Tex. Nov. 2, 2024).

3. Attached hereto as Exhibit 2 is a true and correct copy of Defendant Southwest Airlines Co.'s Rule 12(b)(6) Motion to Dismiss, *Intellectual Ventures I LLC and Intellectual Ventures II LLC v. Southwest Airlines Co.*, C.A. No. 7:24-cv-00277-ADA (W.D. Tex. Jan. 27, 2025).

4. Attached hereto as Exhibit 3 is a true and correct copy of Defendant's Motion to Sever and Stay Claims Against In-Flight Connectivity Systems Based on the Customer-Suit Exception, *Intellectual Ventures I LLC and Intellectual Ventures II LLC v. Southwest Airlines Co.*, C.A. No. 7:24-cv-00277-ADA (W.D. Tex. Feb. 12, 2025).

5. Attached hereto as Exhibit 4 is a true and correct copy of the Complaint for Patent Infringement, *Intellectual Ventures I LLC and Intellectual Ventures II LLC v. American Airlines, Inc.*, C.A. No. 4:24-cv-00980 (E.D. Tex. Nov. 2, 2024).

6. Attached hereto as Exhibit 5 is a true and correct copy of Defendant American Airlines, Inc.'s Partial Motion to Dismiss, *Intellectual Ventures I LLC and Intellectual Ventures II LLC v. American Airlines, Inc.*, C.A. No. 4:24-cv-00980-ALM (E.D. Tex. Jan. 27, 2025).

7. Attached hereto as Exhibit 6 is a true and correct copy of the Notice of Readiness for Scheduling Conference, *Intellectual Ventures I LLC and Intellectual Ventures II LLC v. American Airlines, Inc.*, C.A. No. 4:24-cv-00980-ALM (E.D. Tex. Jan. 31, 2025).

8. Attached hereto as Exhibit 7 is a true and correct copy of the Order Governing Proceedings, *Intellectual Ventures I LLC and Intellectual Ventures II LLC v. American Airlines, Inc.*, C.A. No. 4:24-cv-00980-ALM (E.D. Tex. Feb. 3, 2025).

9. Attached hereto as Exhibit 8 is a true and correct copy of the Motion to Sever and Stay Claims Against Viasat's In-Flight Connectivity Systems by Defendant American Airlines, Inc., *Intellectual Ventures I LLC and Intellectual Ventures II LLC v. American Airlines, Inc.*, C.A. No. 4:24-cv-00980-ALM (E.D. Tex. Feb. 14, 2025).

10. Attached hereto as Exhibit 9 is a true and correct copy of the Complaint for Declaratory Judgment, *Anuvu Corp. v. Intellectual Ventures I LLC and Intellectual Ventures II LLC*, C.A. No. 1:25-cv-00124-CFC (D. Del. Jan. 30, 2025).

11. Attached hereto as Exhibit 10 is a true and correct copy of U.S. Patent No. 7,324,469 to Wilson, issued January 29, 2008.

12. Attached hereto as Exhibit 11 is a true and correct copy of Exhibit 12 to Complaint for Patent Infringement, *Intellectual Ventures I LLC and Intellectual Ventures II LLC v. Southwest Airlines Co.*, C.A. No. 7:24-cv-00277 (W.D. Tex. Nov. 2, 2024).

13. Attached hereto as Exhibit 12 is a true and correct copy of a printout of Viasat Locations, available at https://www.ViaSat.com/about/who-we-are/locations/ (last accessed February 20, 2025).

14. Attached hereto as Exhibit 13 is a true and correct copy of a printout of Viasat Satallite Internet in Texas, https://viasatprovider.com/states/satellite-internet-texas/ (last accessed February 20, 2025).

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief, formed after reasonable inquiry under the circumstances.

Executed on the 20th day of February, 2024, in Redwood Shores, California.

<em>/s/ Jonathan K. Waldrop</em><br>
Jonathan K. Waldrop