# **Exhibit 6**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC,<br><br>          *Plaintiffs*,<br><br>    v.<br><br>AMERICAN AIRLINES, INC.<br><br>          *Defendant*. | )<br>)<br>)<br>)  **C.A. No. 4:24-cv-00980-ALM**<br>)<br>)<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>) |

**NOTICE OF READINESS FOR SCHEDULING CONFERENCE**

Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively, "Intellectual Ventures" or "Plaintiffs"), hereby provide notice that the above-styled case is ready for a scheduling conference. Defendant American Airlines, Inc. ("American Airlines" or "Defendant") were due to respond to Plaintiffs' Complaint on November 2, 2024. The parties agreed to a 45-day extension to January 10, 2025 for American Airlines to respond to the Complaint. The parties agreed to a second extension to January 27, 2025. American Airlines filed a Partial Motion to Dismiss on January 27, 2025. D.I. 15.

The patents-in-suit are United States Patent No. 8,332,844 ("the '844 Patent"), United States Patent No. 8,407,722 ("the '722 Patent"), United States Patent No. 7,949,785 ("the '785 Patent"), United States Patent No. 8,027,326 ("the '326 Patent"), United States Patent No. 7,324,469 ("the '469 Patent"), and United States Patent No. 7,257,582 ("the '582 Patent"). No *Markman* Hearing or Trial dates have been set in the case.

Dated: January 31, 2025                               RESPECTFULLY SUBMITTED,

By: /s/ *Allen F. Gardner*
Allen F. Gardner (TX Bar No. 24043679)
allen@allengardnerlaw.com
**ALLEN GARDNER LAW, PLLC**
609 S. Fannin
Tyler, Texas 75701
Telephone: (903) 944-7537
Facsimile: (903) 944-7856

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on January 31, 2025, via the Court's CM/ECF system.

>/s/ *Allen F. Gardner*
>Allen F. Gardner
>TX Bar No. 24043679