# **Exhibit 12**



# US locations

### Carlsbad, CA (Corporate Headquarters)

Huntsville, AL

Tempe, AZ

San Jose, CA

Englewood, CO

Washington, DC

Melbourne, FL

Tampa, FL

Duluth, GA

Broussard, LA

Houma, LA

Morgan City, LA

New Orleans, LA

Boston, MA

Marlborough, MA

Aberdeen, MD

Germantown, MD

Linthicum Heights, MD

Spring Lake, NC

Cleveland, OH

Austin, TX

College Station, TX

Houston, TX

Houston, TX

Midland, TX

Seattle, WA

# International locations

Angola, Luanda

Australia, Canberra

Australia, Melbourne

Australia, Perth

Australia, Sydney

Australia, Sydney

Brazil, Brasília

Brazil, Rio De Janiero (Centro)

Brazil, Rio De Janiero (Macae)

Brazil, São Paulo

Canada, Mount Pearl

Canada, Ottawa

China, Beijing

China, Beijing

Germany, Hamburg

Hong Kong

India, Chennai

India, Hyderabad

Indonesdia, Batam

Ireland, Dublin

Israel, Tel-Aviv

Italy, Torino

Japan, Tokyo

Malaysia – Kuala Lumpur

Mexico, Mexico City

Mexico, Ciudad del Carmen

Mexico, San Pedro Garza García

Netherlands, Amsterdam

Netherlands, Burum

Netherlands, Rotterdam

Netherlands, The Hague

Nigeria, Lagos

Norway, Aalesund

Norway, Stavanger

Switzerland, Lausanne

Singapore

Singapore

South Africa, Cape Town

UK, Aberdeenshire

UK, Farnborough

UK, London

UK, Oxfordshire

United Arab Emirates, Dubai

United Arab Emirates, Dubai

# Carlsbad, CA (Corporate Headquarters)

Phone: 760.476.2200

Fax: 760.929.3941

2501 Gateway, Carlsbad, CA 92009-1699

