# **<u>Exhibit 13</u>**

Call **(844) 909-9989** for February 20th special offers!



Viasat Internet

Viasat Voice

Installation

Technology

Customer

Blog  Contact

Home  »  The Benefits of Satellite Internet for Remote Work: Staying Productive from Anywhere

# Viasat Satellite Internet in Texas

Wherever you are in Texas, Viasat delivers affordable and reliable satellite internet. Whether you need more data or prefer a lower-priced plan, Viasat has a solution. Even in the most rural areas, you can depend on fast speeds and excellent customer service.

 Call for Special Pricing

## Get **Fast and Reliable Satellite Internet** in Texas

Viasat Satellite Internet is your answer to high-speed and reliable connectivity, whether you're in a busy city or a quiet rural area. For remote workers, Viasat provides consistent support for video calls and fast file transfers. Families will appreciate the smooth streaming, gaming, and management of smart devices. Small businesses will find Viasat's secure connection crucial for their operations. Explore our various plans and experience exceptional service by calling us today to discover how Viasat Satellite Internet can serve you in Texas.

## The **Best Viasat Plans and Pricing Deals** in Texas

UNLIMITED

NEW

NO DATA CAPS. NO CONTRACTS

Unlimited High-Speed Satellite Internet

$119.99/mo.

**Unlimited Bronze**

Download up to 12 Mbps

High-Speed Data

35 GB

~~$99.99/mo.~~  **$69.99/mo.**

**Unlimited Silver**

Download up to 12 Mbps

High-Speed Data

45 GB

~~$149.99/mo.~~  **$99.99/mo.**

**Unlimited Gold**

Download up to 12 Mbps

High-Speed Data

65 GB

~~$199.99/mo.~~ **$149.99/mo.**

## Request a Quote for **Top Viasat Offers**

First Name

Last Name

Address

City

State

Zip Code

Email

Phone

Best Time to Call

Submit



# No data caps. No contracts. No worries!

Now you can connect to reliable, high-speed home internet wherever and whenever you need it. With Viasat, you get:

- Unlimited data
- No contract
- Professional installation
- Live customer support
- And more!

# Professional Satellite Internet Installation for Peace of Mind

Viasat ensures optimal home internet service with professional installation.





## What Customers Say

*"I use Viasat internet almost the entire time I'm home."*

From her remote cabin in the woods, Leslie Murray stays connected with her reliable, high-speed satellite internet plan. She uses her service to:

- Stream music
  Use Wi-Fi calling
  Manage parts of her business remotely

## Common FAQs about Viasat Satellite Internet

| **What is Viasat Internet?** |
|---|
| Viasat Internet is a residential satellite internet service designed to bring reliable, high-speed connectivity to hard-to-reach areas, including rural or remote locations where cable companies don't go. |
| **Who is Viasat Best For?** |
| **How Does Satellite Technology Work?** |
| **What Activities Are Not Ideal with Satellite Internet?** |

| Where is Viasat Internet Available? |
| Why Should I Get Viasat Internet? |

## Learn More About Satellite Internet



**The Struggles of Implementing I...**

April 11, 2018
Learn Satellite Internet





Live, work, go connected with satellite internet for more people. In more places.

Learn

Viasat Internet

Voice Service

Viasat-3

Resources

Installation

Customer Service

Viasat FAQ

Blog

Legal

Details and Restrictions (Residential and Business)

© 2025 Viasat Satellite Internet. All rights reserved.

Provided by RedSEO's Expert SEO Services