# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIASAT, INC., *Plaintiff*, v. INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, *Defendants*. | C.A. No. 25-cv-56-CFC |

## DEFENDANTS' RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and this Court's April 18, 2022 Standing Order Regarding Disclosure Statements Required by Federal Rule of Civil Procedure 7.1, Defendants provide the following disclosure:

Defendant, Intellectual Ventures I, LLC ("IV I"), is a non-publicly held Delaware limited liability company. Invention Investment Fund I, L.P. ("IIF I"), a Delaware limited partnership, is the ultimate parent entity of IV I. The management, control, and operation of, and determination of the policies with respect to IIF I is vested in the General Partner. The General Partner consists of Nathan Myrvold, Peter Detkin, Edward Jung, and Greg Gorder. The Limited Partners are passive investors who take no part in the conduct or control of the business or policies of nor possess authority to act for or bind IIF I. These passive

investors have no voting or other decision-making right with respect to the disposition of any assets held by IIF I in the normal course of its operations. These passive investors include publicly traded companies, universities, private investment companies, and high-net worth individuals. A Limited Partner may seek to transfer its LP interest in IIF I in a secondary transfer, but no new additional Limited Partner interests will be issued. The Limited Partners possessing ten percent (10%) or more interest in IIF I are: Microsoft Corporation, Nokia US Holdings Inc., and Sony Corporation of America.

      Defendant, Intellectual Ventures II, LLC ("IV II"), is a non-publicly held Delaware limited liability company. Invention Investment Fund II, LLC ("IIF II"), a non-publicly held Delaware limited liability company, is the ultimate parent of IV II. The management, control, and operation of IIF II and its businesses, is vested in the Managing Members. The Managing Member consists of Nathan Myrvold, Peter Detkin, Edward Jung, and Greg Gorder. The Non-Managing Members are passive investors who take no part in the conduct or control of the business or policies of nor possess authority to act for or bind IIF II. These passive investors have no voting or other decision-making right with respect to the disposition of any assets held by IIF II in the normal course of its operations. These passive investors include publicly traded companies, universities, private investment companies, and high-net worth individuals. The membership of IIF II

may change due to a Non-Managing Member transfer of its interest in a secondary market but no new Non-Managing Member interests will be issued. The Non-Managing Members possessing ten percent (10%) or more interest in IIF II are: Microsoft Corporation, Perigee Management Inc., Sony Corporation of America, The William and Flora Hewlett Foundation, and Verizon Corporate Services Group, Inc.

Dated: February 26, 2025                                Respectfully submitted,

Of Counsel:                                             FARNAN LLP

Jonathan K. Waldrop                                     /s/ Brian E. Farnan
Darcy L. Jones                                          Brian E. Farnan (Bar No. 4089)
Marcus A. Barber                                        Michael J. Farnan (Bar No. 5165)
John Downing                                            919 N. Market St., 12th Floor
Heather S. Kim                                          Wilmington, DE 19801
ThucMinh Nguyen                                         Tel: (302) 777-0300
KASOWITZ BENSON TORRES LLP                              bfarnan@farnanlaw.com
333 Twin Dolphin Dr., Suite 200                         mfarnan@farnanlaw.com
Redwood Shores, CA 94065
Tel: (650) 453-5170
Fax: (650) 362-9302
JWaldrop@kasowitz.com                                   Attorneys for Defendants
DJones@kasowitz.com                                     *Intellectual Ventures I LLC and*
MBarber@kasowitz.com                                    *Intellectual Ventures II LLC*
JDowning@kasowitz.com
HKim@kasowitz.com
TNguyen@kasowitz.com

Paul G. Williams
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street, N.E., Suite 2445
Atlanta, Georgia 30309
Tel: (404) 260-6080

Fax: (404) 260-6081
PWilliams@kasowitz.com

4