IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VIASAT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 25-056-CFC |
| | ) | |
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF MATTHEW S. WARREN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, STAY, OR TRANSFER**

I, Matthew S. Warren, declare under 28 U.S.C. § 1746:

1. I am an attorney licensed to practice in the State of California and admitted *pro hac vice* to this action. I am a partner at Warren Kash Warren LLP, counsel for plaintiff Viasat, Inc. in this action. I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently thereto.

2. Attached as Exhibit 10 is a true and correct copy of Exhibit 4 to Intellectual Ventures I LLC's and Intellectual Ventures II LLC's Preliminary

Infringement Contentions in *Intellectual Ventures I LLC v. Southwest Airlines Co.*, No. 24-277 (W.D. Tex.), served on February 10, 2025.

3. Attached as Exhibit 11 is a true and correct copy of Exhibit 5 to Intellectual Ventures I LLC's and Intellectual Ventures II LLC's Preliminary Infringement Contentions in *Intellectual Ventures I LLC v. Southwest Airlines Co.*, No. 24-277 (W.D. Tex.), served on February 10, 2025.

4. Attached as Exhibit 12 is a true and correct copy of Docket No. 17 in *Intellectual Ventures I LLC v. Southwest Airlines Co.*, No. 24-277 (W.D. Tex.), filed February 12, 2025.

5. Attached as Exhibit 13 is a true and correct copy of Docket No. 20 in *Intellectual Ventures I LLC v. American Airlines Co.*, No. 24-980 (E.D. Tex.), filed February 14, 2025.

6. Attached as Exhibit 14 is a true and correct copy of Docket No. 17-1 in *Intellectual Ventures I LLC v. Southwest Airlines Co.*, No. 24-277 (W.D. Tex.), filed February 12, 2025.

7. Attached as Exhibit 15 is a true and correct copy of Docket No. 20-4 in *Intellectual Ventures I LLC v. American Airlines Co.*, No. 24-980 (E.D. Tex.), filed February 14, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 6, 2025, in San Francisco, California.

____________________________
Matthew S. Warren