# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIASAT, INC.,<br><br>              Plaintiff,<br>v.<br><br>INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC,<br><br>              Defendants. | C.A. No. 25-cv-56-CFC |

## STIPULATION TO EXTEND TIME

The parties hereby agree, subject to the approval of the Court, that the time for Defendants to file a reply brief in support of their Motion to Dismiss, Stay, or Transfer (D.I. 13) is extended to March 17, 2025. Defendants will not seek any further extensions of this deadline.

| | |
|---|---|
| DATED: March 13, 2025 | Respectfully submitted, |
| SHAW KELLER LLP | FARNAN LLP |
| /s/ Karen E. Keller<br>Karen E. Keller (No. 4489)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302)298-0700<br>kkeller@shawkeller.com<br><br>*Attorneys for Plaintiff* | /s/ Michael J. Farnan<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>*Attorneys for Defendants* |

IT IS SO ORDERED this \_\_\_\_ day of March, 2025.

                                                      The Honorable Colm F. Connolly