IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIASAT, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC,<br><br>      Defendants. | C.A. No. 25-cv-56-CFC |

## STIPULATION TO EXTEND TIME

The parties hereby agree, subject to the approval of the Court, that the time for Defendants to file a reply brief in support of their Motion to Dismiss, Stay, or Transfer (D.I. 13) is extended to March 17, 2025. Defendants will not seek any further extensions of this deadline.

DATED: March 13, 2025            Respectfully submitted,

SHAW KELLER LLP              FARNAN LLP

/s/ Karen E. Keller              /s/ Michael J. Farnan
Karen E. Keller (No. 4489)          Brian E. Farnan (Bar No. 4089)
I.M. Pei Building              Michael J. Farnan (Bar No. 5165)
1105 North Market Street, 12th Floor     919 North Market Street, 12th Floor
Wilmington, DE 19801           Wilmington, DE 19801
(302)298-0700               (302) 777-0300
kkeller@shawkeller.com           bfarnan@farnanlaw.com
                     mfarnan@farnanlaw.com

*Attorneys for Plaintiff*

                     *Attorneys for Defendants*

IT IS SO ORDERED this 13th day of March, 2025.

_____
The Honorable Colm F. Connolly