

October 2, 2025

**VIA E-FILING**
The Honorable Colm F. Connolly
J. Caleb Boggs Federal Building
844 N. King Street
Unit 31, Room 4124
Wilmington, DE 19801-3555

> Re: ***Viasat, Inc. v. Intellectual Ventures I LLC, et al.***
> **C. A. No. 25-cv-56-CFC**
> ***Anuvu Corp. v. Intellectual Ventures I LLC, et al.***
> **C.A. No. 25-cv-124-CFC**

Dear Chief Judge Connolly:

Following Your Honor's direction during the scheduling conference in the Viasat matter, the parties in the above cases conferred and agreed to a coordinated schedule governing both cases.   The parties' proposed Scheduling Order is attached.

Coordination between the cases required the parties in the Viasat matter to amend the deadlines previously set by the Court (D.I. 45).  If acceptable to Your Honor, the parties respectfully request that the Court enter the proposed Scheduling Order.

We are available at the Court's convenience should Your Honor have any questions.

Respectfully submitted,

/s/ Brian E. Farnan

Brian E. Farnan

cc: Counsel of Record (Via E-Filing)