# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIASAT, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, <br><br> *Defendants*. | C.A. No. 25-cv-56-CFC |

### DECLARATION OF JONATHAN K. WALDROP IN SUPPORT OF DEFENDANTS' REPLY BRIEF IN SUPPORT OF <u>ITS MOTION TO DISMISS, STAY, OR TRANSFER</u>

I, Jonathan K. Waldrop, declare as follows:

1.  I am a Partner with the law firm of Kasowitz Benson Torres LLP. I am one of the attorneys responsible for the representation of Defendants Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively, "Defendants") in this matter and make this declaration in support of Defendants' Reply Brief in Support of Its Motion to Dismiss, Stay, or Transfer.

2.  Attached hereto as Exhibit 1 is a true and correct copy of the Declaration of Bryan Riffe, *Intellectual Ventures I LLC and Intellectual Ventures II LLC*, C. A. No. 4:24-cv-00980 (E.D. Tex. Feb. 14, 2025).

3. Attached hereto as Exhibit 2 is a true and correct copy of the Declaration of Christopher Muhich, *Intellectual Ventures I LLC and Intellectual Ventures II LLC v. Southwest Airlines Co.*, C.A. No. 7:24-cv-00277-ADA (W.D. Tex. Feb. 12, 2025).

4. Attached hereto as Exhibit 3 is a true and correct copy of an email from John Downing to Matt Warren, dated March 4, 2025.

5. Attached hereto as Exhibit 4 is a true and correct copy of Defendant Southwest Airlines Co.'s Motion to Transfer Venue, *Intellectual Ventures I LLC and Intellectual Ventures II LLC v. Southwest Airlines Co.*, C.A. No. 7:24-cv-00277-ADA (W.D. Tex. Feb. 28, 2025).

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief, formed after reasonable inquiry under the circumstances.

Executed on the 17th day of March, 2025, in Redwood Shores, California.

                                             */s/ Jonathan K. Waldrop*
                                             Jonathan K. Waldrop