# Exhibit 3

| | |
|---|---|
| **From:** | John Downing |
| **Sent:** | Tuesday, March 4, 2025 2:21 PM |
| **To:** | Karen Keller; Charles A. Naggar; Jeceaca An; erika@warrenkashwarren.com; madeline@warrenkashwarren.com; matt@warrenkashwarren.com; 25-56@cases.warrenlex.com |
| **Cc:** | Intellectual Ventures; Brian Farnan; Michael J. Farnan |
| **Subject:** | RE: IV/Viasat - Meet and Confer Request |

Matt,

Following up with our discussion last week. Below are some proposed questions regarding the ViaSat technology with regards to the exhaustion ('326 patent) and customer suit issues ('326 and '469 patents). As explained on our discussion, we believe that additional information would be helpful to engage on these issues. Please take a look and let us know if ViaSat will provide this information. If you would like to discuss this further, we are available to meet and confer.

**Exhaustion**
- ViaSat asserts (Paragraph 48) that - "[i]n building in-flight connectivity systems, ViaSat exclusively uses Wi-Fi base stations, which [IV] accuses of infringement, originally sold by Aruba Networks, LLC." This statement is drafted in the present tense, please provide the following information.

    a. Please confirm that ViaSat contends that the Aruba Networks, LLC base station provides the technology Accused in the '326 infringement contentions. If there is a component within the Aruba Networks, LLC base station that ViaSat contends provides the Accused Functionality, please identify all such component(s).

    b. When did Aruba become the base station provider for connectivity systems? When did ViaSat first use Aruba Networks Wi-Fi base stations?

    c. For the accused in-flight connectivity systems with regards to the Southwest and/or American litigations, please confirm that ViaSat only used Wi-Fi base stations (originally sold by Aruba Networks, LLC) since at least November 2, 2018 to the present?

    d. If ViaSat has utilized any other Wi-Fi base stations or other components that provide the same or reasonably similar Accused Functionality during the applicable damages period, will ViaSat identify such products?

- For the accused in-flight connectivity systems, does ViaSat use any software and/or hardware, other than Wi-Fi base stations (or reasonably similar components) originally sold by Aruba Networks, LLC, that implements any IEEE 802.11 standard?

1

   a. [If yes] What software and/or hardware does ViaSat use for its in-flight connectivity systems, besides Wi-Fi base stations originally sold by Aruba Networks, LLC?

   b. [If yes] Who provides the software and/or hardware that ViaSat uses for its in-flight connectivity systems, besides than Wi-Fi base stations originally sold by Arura Networks, LLC?

**Customer Suit Exception**

- Does ViaSat provided hardware and software account for all of the Accused Functionality for either of the DJ patents?

- Which components hardware / software does ViaSat provide?

- Which components hardware / software does ViaSat not provide?

- What particular hardware / software is responsible for performing the Accused Functionality during the applicable damage period?

- Does ViaSat have possession, custody, and control of the core technical documents relevant to the DJ patents or is that information in the possession, custody, and control of a third-party? If so, who?


Best regards,

John


John Downing
Kasowitz Benson Torres LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
Tel.  (650) 453-5426
Fax.  (650) 362-9430
JDowning@kasowitz.com

**From:** Karen Keller <kkeller@shawkeller.com>
**Sent:** Tuesday, February 25, 2025 2:31 PM
**To:** Charles A. Naggar <CNaggar@kasowitz.com>; Jeceaca An <JAn@kasowitz.com>; erika@warrenkashwarren.com; madeline@warrenkashwarren.com; matt@warrenkashwarren.com; 25-56@cases.warrenlex.com
**Cc:** Intellectual Ventures <IntellectualVentures@kasowitz.com>; Brian Farnan <bfarnan@farnanlaw.com>; Michael J. Farnan <mfarnan@farnanlaw.com>
**Subject:** Re: IV/Viasat - Meet and Confer Request

**ALERT: THIS IS AN EXTERNAL EMAIL. DO NOT CLICK ON ANY LINK, ENTER A PASSWORD, OR OPEN AN ATTACHMENT UNLESS YOU KNOW THAT THE MESSAGE CAME FROM A SAFE EMAIL ADDRESS.**

Michael and Brian:

We received the below requests from your co-counsel, which, as you know, are unusual in this Court. We are not certain of the purpose for this proposed conference. Is I.V. contemplating a motion? Or is it suggesting that we agree to open discovery? As you know from your experience in this District, the Court expects parties to follow its procedures for orderly exchange of information, instead of engaging in their own ad hoc procedures, so I'd like to understand how I.V.'s proposal below fits into the Court's procedures. Thank you very much.

Best,
Karen

**From:** Charles A. Naggar <CNaggar@kasowitz.com>
**Date:** Tuesday, February 25, 2025 at 2:52 PM
**To:** Jeceaca An <JAn@kasowitz.com>, Karen Keller <kkeller@shawkeller.com>, erika@warrenkashwarren.com <erika@warrenkashwarren.com>, madeline@warrenkashwarren.com <madeline@warrenkashwarren.com>, matt@warrenkashwarren.com <matt@warrenkashwarren.com>, 25-56@cases.warrenlex.com <25-56@cases.warrenlex.com>
**Cc:** Intellectual Ventures <IntellectualVentures@kasowitz.com>, Brian Farnan <bfarnan@farnanlaw.com>, Michael J. Farnan <mfarnan@farnanlaw.com>
**Subject:** RE: IV/Viasat - Meet and Confer Request

Counsel,
Following up on the below. Please confirm you availability for a conference by the end of the day.

Charles A. Naggar
Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019
Tel.  (212) 506-1907
Fax.  (212) 835-5049
CNaggar@kasowitz.com

3

This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.

**From:** Jeceaca An <JAn@kasowitz.com>
**Sent:** Wednesday, February 19, 2025 9:02 PM
**To:** kkeller@shawkeller.com; erika@warrenkashwarren.com; madeline@warrenkashwarren.com; matt@warrenkashwarren.com; 25-56@cases.warrenlex.com
**Cc:** Intellectual Ventures <IntellectualVentures@kasowitz.com>; Brian Farnan <bfarnan@farnanlaw.com>; Michael J. Farnan <mfarnan@farnanlaw.com>
**Subject:** IV/Viasat - Meet and Confer Request

Counsel,

We request additional information related to the customer suit exception – specifically, the hardware and software components that are relevant to the infringement allegations in the case. We also request information regarding your patent exhaustion allegations in your complaint. Please provide your availability to meet and confer.

Thank you,
Jeceaca


Jeceaca An
Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019
Tel.   (212) 506-1808
Fax.  (212) 500-3502
JAn@kasowitz.com

4