

Nathan R. Hoeschen
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0709
nhoeschen@shawkeller.com

March 19, 2025

**BY CM/ECF & HAND DELIVERY**
The Honorable Colm F. Connolly
United States District Judge
844 N. King Street
Wilmington, DE 19801

    Re:    *Viasat, Inc. v. Intellectual Ventures I LLC et al*, C.A. No. 25-056-CFC

Dear Chief Judge Connolly:

    Pursuant to D. Del. L. R. 7.1.4, plaintiff Viasat, Inc. respectfully requests oral argument on defendants' Motion to Dismiss (D.I. 13).

    Briefing on the motion is complete, and the parties' submissions may be found at docket items 14, 15, 17, 18, 21 and 22.

                                  Respectfully submitted,

                                  */s/ Nathan R. Hoeschen*

                                  Nathan R. Hoeschen (No. 6232)

cc:    Clerk of the Court (via CM/ECF & Hand Delivery)
        All Counsel of Record (via CM/ECF & Email)