

|  |
|---|
| Nathan R. Hoeschen |
| I.M. Pei Building |
| 1105 North Market Street, 12th Floor |
| Wilmington, DE 19801 |
| (302) 298-0709 |
| nhoeschen@shawkeller.com |

March 18, 2025

**BY CM/ECF & HAND DELIVERY**
The Honorable Colm F. Connolly
United States District Court
844 N. King Street
Wilmington, DE  19801

    Re:    *Viasat, Inc. v. Intellectual Ventures I LLC,* C.A. No. 25-56-CFC

Dear Chief Judge Connolly:

    I write on behalf of Plaintiff Viasat, Inc. ("Viasat") to request that the Court set a Rule 16 scheduling conference in this matter so that the parties may hold a Rule 26(f) conference and begin discovery.

    Viasat filed its Complaint for declaratory judgment of noninfringement on January 14, 2025.  The defendants (collectively, "I.V.") subsequently filed a motion to dismiss (D.I. 13) which has been fully briefed (D.I. 14, 17, and 21).  While briefing the motion to dismiss, Viasat and I.V. also discussed exchanging factual information.  I.V. sent Viasat a list of factual information that it would like to receive (D.I. 22-3); Viasat responded that it had a similar list, that the parties evidently agreed it was appropriate to open discovery, and suggested a 26(f) conference.  (Ex. A).[1]  After several follow-up requests from Viasat, I.V. responded that "ViaSat's proposal to initiate a Rule 26(f) conference is premature and not consistent with the Court's practice."  (Ex. B).

    Rule 26(f)(1) requires the parties to hold a discovery conference "as soon as practicable."  The result of I.V.'s refusal is that I.V. enjoys a *de facto* stay of discovery despite the rule that "[I]n this district, discovery generally proceeds during the pendency of a Rule 12 motion." *airSlate, Inc. v. Inkit, Inc.*, C.A. No. 23-1307-RGA-SRF, D.I. 60 (D. Del. Dec. 5, 2024) (Ex. C).

---

[1] In its reply brief filed after Viasat's email, I.V. incorrectly stated that it had received no response to its request.  D.I. 21 at 4.

SHAW KELLER LLP

Page 2

      Thus, Viasat respectfully requests that the Court set a Rule 16 conference so the parties can confer under Rule 26(f) and submit a proposed schedule to the Court. Counsel is available if the Court has any questions or concerns.

      Respectfully submitted

      */s/ Nathan R. Hoeschen*

      Nathan R. Hoeschen (No. 6232)

cc:    Clerk of the Court (via CM/ECF and Hand Delivery)
        All Counsel of Record (via CM/ECF and Email)