# Exhibit B

| | |
|---|---|
| **From:** | John Downing |
| **To:** | Matt Warren; Intellectual Ventures; Brian Farnan; Michael Farnan |
| **Cc:** | Karen Keller; SKViasat; Viasat Inc. v. Intellectual Ventures I LLC |
| **Subject:** | RE: Viasat Inc. v. Intellectual Ventures I, LLC, Case No. 25-56 (D. Delaware) |
| **Date:** | Tuesday, March 25, 2025 2:33:06 PM |

Matt,

ViaSat's proposal to initiate a Rule 26(f) conference is premature and not consistent with the Court's practice. Currently, we respectfully oppose your request to schedule a Rule 26(f) conference. If you have additional information to share with us on why holding a Rule 26(f) conference is needed or necessary, please provide it to us and we will consider it.

Regards,

John


John Downing
Kasowitz Benson Torres LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
Tel.  (650) 453-5426
Fax.  (650) 362-9430
JDowning@kasowitz.com

This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.

**From:** Matt Warren <matt@warrenkashwarren.com>
**Sent:** Tuesday, March 25, 2025 10:43 AM
**To:** John Downing <JDowning@kasowitz.com>; Intellectual Ventures <IntellectualVentures@kasowitz.com>; Brian Farnan <bfarnan@farnanlaw.com>; Michael Farnan <mfarnan@farnanlaw.com>
**Cc:** Karen E. Keller <kkeller@shawkeller.com>; Shaw Keller Viasat Team <skviasat@shawkeller.com>; Viasat Inc. v. Intellectual Ventures I LLC <25-56@cases.warrenlex.com>
**Subject:** Viasat Inc. v. Intellectual Ventures I, LLC, Case No. 25-56 (D. Delaware)


**ALERT: THIS IS AN EXTERNAL EMAIL. DO NOT CLICK ON ANY LINK, ENTER A PASSWORD, OR OPEN AN ATTACHMENT UNLESS YOU KNOW THAT THE MESSAGE CAME FROM A SAFE EMAIL ADDRESS.**

John and I.V. Counsel:

I write for the fourth and final time seeking to schedule a Rule 26(f) conference. As you know, in response to your request for informal discovery, we suggested a Rule 26(f) conference on Monday, March 17. You ignored this request in your responsive email of March 18, so later that same day we raised it again. You did not respond to this email, and on March 20 we raised this matter for a third time. On March 21, you responded for the first time that you would "speak to the client" about this request. We have not heard from you since.

Parties to litigation must hold a discovery conference "as soon as practicable." Fed. R. Civ. P. 26(f). We expect I.V. to honor this rule. But if I.V. does not give us availability for a Rule 26(f) conference by 4:00 p.m. EDT tomorrow, March 26, we will ask the Court to set a scheduling conference and note your refusal to do so.

Thank you for your continued time and courtesy in this matter.

Best Regards,
Matt Warren


--
Matt Warren    matt@warrenkashwarren.com    +1 (415) 895-2928