IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIASAT, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 25-056-CFC |
| | ) |
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | ) ) ) |
| | ) |
| Defendants. | ) |

**MOTION FOR PRELIMINARY INJUNCTION BARRING DUPLICATIVE CLAIMS AGAINST VIASAT'S CUSTOMERS PENDING RESOLUTION OF THIS MANUFACTURER ACTION**

Under Fed. R. Civ. P. 65, plaintiff Viasat, Inc. ("Viasat") respectfully moves to enjoin defendants Intellectual Ventures I LLC and Intellectual Ventures II LLC from prosecuting litigation claims of infringement of U.S. Patent Nos. 7,324,469 and 8,027,326 against Viasat's customers regarding Viasat products in currently pending litigation, *Intellectual Ventures I LLC v. Southwest Airlines Co.*, No. 24-277 (W.D. Texas), *Intellectual Ventures I LLC v. American Airlines, Inc.*, No. 24-980 (E.D. Texas), and in any future litigation, pending final resolution of this matter.

The grounds for this motion are set forth in the concurrently filed opening brief and accompanying papers, briefing responsive to those papers, all other matters of record filed with the Court in this case, any argument at hearing of this matter, and such other materials the Court may consider. Under D. Del. LR 7.1.1, counsel certifies that reasonable efforts were made to reach agreement on the subject of this motion.

NOW, THEREFORE, plaintiff Viasat respectfully requests the Court to grant this motion and to enter the proposed form of order attached as Exhibit 1.

|  |  |
|---|---|
| OF COUNSEL:<br>Matthew S. Warren<br>Erika H. Warren<br>Madeline A. Woodall<br>WARREN KASH WARREN LLP<br>2261 Market Street, No. 606<br>San Francisco, CA, 94114<br>(415) 895-2940 | /s/ Karen E. Keller<br>Karen E. Keller (No. 4489)<br>Nathan R. Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br>*Attorneys for Plaintiff* |

Dated: March 28, 2025