IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VIASAT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 25-056-CFC |
| | ) | |
| INTELLECTUAL VENTURES I LLC | ) | |
| and INTELLECTUAL VENTURES II | ) | |
| LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

At Wilmington this ___ day of _____, 2025, having

considered Plaintiff's Motion for Preliminary Injunction Barring Duplicative

Claims Against Viasat's Customers Pending Resolution of This Manufacturer

Action, along with the related briefing, all other matters of record filed with the

Court in this case, any argument at hearing of this matter, and such other materials

the Court may consider, hereby grants the motion as follows:

1.      I find that plaintiff Viasat, Inc. ("Viasat") has shown all elements

required for entry of a preliminary injunction in this case.

2.      Pending final resolution of this matter, defendants Intellectual

Ventures I LLC and Intellectual Ventures II LLC (collectively, "I.V."), shall cease

– 1 –

all efforts to prosecute litigation claims of infringement of U.S. Patent Nos.

7,324,469 and 8,027,326 against Viasat's customers regarding Viasat products in

currently pending litigation, *Intellectual Ventures I LLC v. Southwest Airlines Co.*,

No. 24-277 (W.D. Texas), *Intellectual Ventures I LLC v. American Airlines, Inc.*,

No. 24-980 (E.D. Texas), and in any future litigation.

    3.    I find that no monetary harm will result to I.V. from this injunction.

As a result, Viasat shall not be required to post a bond.


                                    _____

                                    The Honorable Colm F. Connolly