IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIASAT, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 25-056-CFC |
| | ) |
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | ) ) ) |
| | ) |
| Defendants. | ) |

**DECLARATION OF CHRISTOPHER MICHAEL IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION BARRING DUPLICATIVE CLAIMS AGAINST VIASAT'S CUSTOMERS PENDING RESOLUTION OF THIS MANUFACTURER ACTION**

I, Christopher Michael, declare under 28 U.S.C. § 1746:

1. I am a Hardware Engineer for Viasat Inc. I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently thereto.

2. Viasat is a global communications company offering high-speed satellite broadband services and secure networking systems for both military and commercial markets.

– 1 –

3. Viasat provides a full suite of connectivity and connected solutions to serve commercial airlines, including In-Flight Connectivity ("IFC") services that provide fast, consistent, and highly capable inflight Internet connectivity.

4. Viasat has provided industry-leading IFC solutions for more than a decade. Viasat provides IFC systems to every major United States airline, including Southwest Airlines and American Airlines. Viasat also provides IFC systems to numerous international airlines that operate in the United States, including Lufthansa, British Airways, Qantas and EL AL.

5. When Viasat installs an IFC system for an airline customer such as American Airlines or Southwest Airlines, Viasat configures and controls all hardware and software on the aircraft related to the in-flight connectivity system. Although that system includes components sourced from other vendors, Viasat integrates all components into its systems, including for example 802.11 equipment sourced from Aruba Networks and integrated by Viasat into IFC systems sold to American Airlines and Southwest Airlines. Viasat configures the WiFi used by its IFC system, and is responsible to its customers for those systems.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 28, 2025, in Carlsbad, California.

_____
Christopher Michael