IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIASAT, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 25-056-CFC |
| | ) |
| INTELLECTUAL VENTURES I LLC | ) |
| and INTELLECTUAL VENTURES II | ) |
| LLC, | ) |
| | ) |
| Defendants. | ) |

**DECLARATION OF MATTHEW S. WARREN IN SUPPORT
OF MOTION FOR PRELIMINARY INJUNCTION BARRING
DUPLICATIVE CLAIMS AGAINST VIASAT'S CUSTOMERS
PENDING RESOLUTION OF THIS MANUFACTURER ACTION**

I, Matthew S. Warren, declare under 28 U.S.C. § 1746:

1. I am an attorney licensed to practice in the State of California and admitted *pro hac vice* to this action. I am a partner at Warren Kash Warren LLP, counsel for plaintiff Viasat, Inc. in this action. I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently thereto.

– 1 –

2.     Attached as Exhibit 1 is a true and correct copy of Docket No. 18 in *Intellectual Ventures I LLC v. Southwest Airlines Co.*, No. 24-277 (W.D. Tex.), filed February 19, 2025.

3.     Attached as Exhibit 2 is a true and correct copy of Docket No. 22 in *Intellectual Ventures I LLC v. American Airlines Inc.*, No. 24-980 (E.D. Tex.), filed February 28, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 28, 2025, in Kyoto, Japan.

_____
Matthew S. Warren