IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIASAT, INC.,<br><br>                  Plaintiff,<br>v.<br><br>INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC,<br><br>                  Defendants. | C.A. No. 25-cv-56-CFC |

**STIPULATION TO EXTEND TIME**

WHEREAS, on March 28, 2025, plaintiff Viasat, Inc. ("Viasat") filed the pending Motion for Preliminary Injunction Barring Duplicative Claims Against Viasat's Customers Pending Resolution of this Manufacturer Action, D.I. 26 ("the Motion");

WHEREAS, under the Court's Local Rules, any response from defendants Intellectual Ventures I, LLC and Intellectual Ventures II, LLC (collectively "IV") is due Friday, April 11;

WHEREAS, under the Court's Local Rules, any reply from Viasat would normally be due on Friday, April 18;

WHEREAS, Friday, April 18 is a Court holiday;

WHEREAS, under Fed. R. Civ. P. 6(a)(2)(C), any reply from Viasat would therefore be due on Monday, April 21;

WHEREAS, IV asked Viasat for additional time to respond to the Motion;

WHEREAS, Viasat believes that the parties should fully brief the Motion and present it to the Court as quickly as possible;

WHEREAS, Viasat was nevertheless willing to give IV a courtesy three-day extension, on the conditions set forth below, to respond to the Motion;

WHEREAS, because of the April 18 holiday, Viasat's agreement to extend IV's time to

respond would not change the date on which the parties complete their briefing to the Court, and would reduce only Viasat's time to reply;

NOW, THEREFORE, IV and Viasat stipulate and agree, subject to the approval of the Court, as follows:

1. The time for IV to respond to the Motion is extended three days to April 14, 2025.

2. IV will not seek any additional extensions of its time to respond to the Motion.

3. IV will not argue that additional time provided to respond to the Motion should affect the outcome of the Motion.

| | |
|---|---|
| DATED: April 11, 2025 | Respectfully submitted, |
| SHAW KELLER LLP | FARNAN LLP |
| /s/ *Nathan R. Hoeschen* | /s/ *Brian E. Farnan* |
| Karen E. Keller (No. 4489) | Brian E. Farnan (Bar No. 4089) |
| Nathan R. Hoeschen (No. 6232) | Michael J. Farnan (Bar No. 5165) |
| I.M. Pei Building | 919 North Market Street, 12th Floor |
| 1105 North Market Street, 12th Floor | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 777-0300 |
| (302)298-0700 | bfarnan@farnanlaw.com |
| kkeller@shawkeller.com | mfarnan@farnanlaw.com |
| nhoeschen@shawkeller.com | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | |

IT IS SO ORDERED this ____ day of _____, 2025.

                                                    _____
                                                   The Honorable Colm F. Connolly