IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIASAT, INC.,<br><br>      Plaintiff,<br>v.<br><br>INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC,<br><br>      Defendants. | C.A. No. 25-cv-56-CFC |

## STIPULATION TO EXTEND TIME

WHEREAS, on March 28, 2025, plaintiff Viasat, Inc. ("Viasat") filed the pending Motion for Preliminary Injunction Barring Duplicative Claims Against Viasat's Customers Pending Resolution of this Manufacturer Action, D.I. 26 ("the Motion");

WHEREAS, under the Court's Local Rules, any response from defendants Intellectual Ventures I, LLC and Intellectual Ventures II, LLC (collectively "IV") is due Friday, April 11;

WHEREAS, under the Court's Local Rules, any reply from Viasat would normally be due on Friday, April 18;

WHEREAS, Friday, April 18 is a Court holiday;

WHEREAS, under Fed. R. Civ. P. 6(a)(2)(C), any reply from Viasat would therefore be due on Monday, April 21;

WHEREAS, IV asked Viasat for additional time to respond to the Motion;

WHEREAS, Viasat believes that the parties should fully brief the Motion and present it to the Court as quickly as possible;

WHEREAS, Viasat was nevertheless willing to give IV a courtesy three-day extension, on the conditions set forth below, to respond to the Motion;

WHEREAS, because of the April 18 holiday, Viasat's agreement to extend IV's time to

respond would not change the date on which the parties complete their briefing to the Court, and would reduce only Viasat's time to reply;

NOW, THEREFORE, IV and Viasat stipulate and agree, subject to the approval of the Court, as follows:

1. The time for IV to respond to the Motion is extended three days to April 14, 2025.

2. IV will not seek any additional extensions of its time to respond to the Motion.

3. IV will not argue that additional time provided to respond to the Motion should affect the outcome of the Motion.

DATED: April 11, 2025

SHAW KELLER LLP

/s/ *Nathan R. Hoeschen*
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302)298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com

*Attorneys for Plaintiff*

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com
*Attorneys for Defendants*

IT IS SO ORDERED this 11th day of April, 2025.

_____
The Honorable Colm F. Connolly