IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIASAT, INC.,<br><br>                  *Plaintiff*,<br><br>           v.<br><br>INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>                  *Defendants*. | C.A. No. 25-cv-56-CFC |

**DECLARATION OF JONATHAN K. WALDROP IN SUPPORT OF DEFENDANTS' BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

I, Jonathan K. Waldrop, declare as follows:

1. I am a Partner with the law firm of Kasowitz Benson Torres LLP. I am one of the attorneys responsible for the representation of Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively, "Defendants") in this matter and make this declaration in support of Defendants' Brief in Opposition to Plaintiff's Motion for a Preliminary Injunction.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Complaint for Patent Infringement, *Intellectual Ventures I LLC and Intellectual Ventures II LLC v. Southwest Airlines Co.*, C.A. No. 7:24-cv-00277 (W.D. Tex. (Midland/Odessa Division) Nov. 2, 2024).

3. Attached hereto as Exhibit 2 is a true and correct copy of Defendant Southwest Airlines Co.'s Rule 12(b)(6) Motion to Dismiss, *Intellectual Ventures I LLC and Intellectual Ventures II LLC v. Southwest Airlines Co.*, C.A. No. 7:24-cv-00277-ADA (W.D. Tex. (Midland/Odessa Division) Jan. 27, 2025).

4. Attached hereto as Exhibit 3 is a true and correct copy of Defendant's Motion to Stay and Sever Claims Against In-Flight Connectivity Systems Based on the Customer-Suit Exception, *Intellectual Ventures I LLC and Intellectual Ventures II LLC v. Southwest Airlines Co.*, C.A. No. 7:24-cv-00277-ADA (W.D. Tex. (Midland/Odessa Division) Feb. 12, 2025).

5. Attached hereto as Exhibit 4 is a true and correct copy of the Complaint for Patent Infringement, *Intellectual Ventures I LLC and Intellectual Ventures II LLC v. American Airlines Inc.,* C.A. No. 4:24-cv-00980 (E.D. Tex. (Sherman Division), Nov. 2, 2024).

6. Attached hereto as Exhibit 5 is a true and correct copy of Defendant American Airlines, Inc.'s Partial Motion to Dismiss, *Intellectual Ventures I LLC and Intellectual Ventures II LLC v. American Airlines Inc.,* C.A. No. 4:24-cv-00980-ALM (E.D. Tex. (Sherman Division) Jan. 27, 2025).

7. Attached hereto as Exhibit 6 is a true and correct copy of the Notice of Readiness for Scheduling Conference, *Intellectual Ventures I LLC and Intellectual*

*Ventures II LLC v. American Airlines Inc.,* C.A. No. 4:24-cv-00980-ALM (E.D. Tex. (Sherman Division) Jan. 31, 2025).

8. Attached hereto as Exhibit 7 is a true and correct copy of Order Governing Proceedings, *Intellectual Ventures I LLC and Intellectual Ventures II LLC v. American Airlines Inc.,* C.A. No. 4:24-cv-00980-ALM (E.D. Tex. (Sherman Division) Feb. 3, 2025).

9. Attached hereto as Exhibit 8 is a true and correct copy of Motion to Sever and Stay Claims Against Viasat's In-Flight Connectivity Systems by Defendant American Airlines, Inc., *Intellectual Ventures I LLC and Intellectual Ventures II LLC v. American Airlines Inc.,* C.A. No. 4:24-cv-00980-ALM (E.D. Tex. (Sherman Division) Feb. 14, 2025).

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief, formed after reasonable inquiry under the circumstances.

Executed on the 14th day of April, 2025, in Redwood Shores, California.

*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop