IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |  | |
|---|---|---|---|
| VIASAT, INC., | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | C.A. No. 25-056-CFC | |
| | ) | | |
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | ) ) ) | | |
| | ) | | |
| Defendants. | ) | | |

**DECLARATION OF MATTHEW S. WARREN
IN SUPPORT OF REPLY IN SUPPORT OF
MOTION FOR PRELIMINARY INJUNCTION BARRING
DUPLICATIVE CLAIMS AGAINST VIASAT'S CUSTOMERS
PENDING RESOLUTION OF THIS MANUFACTURER ACTION**

I, Matthew S. Warren, declare under 28 U.S.C. § 1746:

1. I am an attorney licensed to practice in the State of California and admitted *pro hac vice* to this action. I am a partner at Warren Kash Warren LLP, counsel for plaintiff Viasat, Inc. in this action. I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently thereto.

2. On March 6, 2025, the Court in *Intellectual Ventures I LLC v. Southwest Airlines Co.*, No. 24-277 (W.D. Texas), granted limited discovery regarding Southwest Airlines Co.'s Motion to Sever and Stay Claims Against In-Flight Connectivity Systems Based on the Customer-Suit Exception. A true and copy of this motion, Docket No. 17 in *Intellectual Ventures I LLC v. Southwest Airlines Co.*, No. 24-277 (W.D. Tex.), filed February 12, 2025, is available in this action at D.I. 18-3.

3. On March 14, 2025, Intellectual Ventures I LLC and Intellectual Ventures II LLC served requests for production and interrogatories.

4. On April 3, 2025, Southwest Airlines Co. served responses and objections to these requests for production and interrogatories.

5. Also on April 3, 2025, Southwest Airlines Co. produced documents in response to these requests for production.

6. Attached as Exhibit 1 is a true and correct copy of Defendant Southwest Airlines Co.'s Responses and Objections to Plaintiffs' First Set of Interrogatories Concerning Defendant's Motion to Sever and Stay Claims Against In-Flight Connectivity Systems Based on the Customer-Suit Exception, served on April 3, 2025.

7.     As part of Southwest's document production on April 3, 2025, Southwest produced the Master Services Agreement by and between Southwest Airlines Co. and Viasat, Inc. dated as of May 2, 2022, bearing Bates numbers SWA000689 to SWA000877.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 21, 2025, in San Francisco, California.

_____
Matthew S. Warren