# EXHIBIT 1

| | |
|---|---|
| **From:** | Brian Farnan |
| **To:** | Nate Hoeschen; Matt Warren; John Downing; Intellectual Ventures; Michael J. Farnan |
| **Cc:** | Karen Keller; SKViasat; Viasat Inc. v. Intellectual Ventures I LLC |
| **Subject:** | RE: Viasat Inc. v. Intellectual Ventures I, LLC, Case No. 25-56 (D. Delaware) |
| **Date:** | Wednesday, April 23, 2025 11:26:44 AM |

Nate,

It happens in every case.   Please send us draft scheduling order and we will set up a time to meet and confer once we have an opportunity to review it.

Thanks,
Brian

**From:** Nate Hoeschen <nhoeschen@shawkeller.com>
**Sent:** Wednesday, April 23, 2025 11:21 AM
**To:** Brian Farnan <bfarnan@farnanlaw.com>; Matt Warren <matt@warrenkashwarren.com>; John Downing <jdowning@kasowitz.com>; Intellectual Ventures <intellectualventures@kasowitz.com>; Michael J. Farnan <mfarnan@farnanlaw.com>
**Cc:** Karen Keller <kkeller@shawkeller.com>; SKViasat <SKViasat@shawkeller.com>; Viasat Inc. v. Intellectual Ventures I LLC <25-56@cases.warrenlex.com>
**Subject:** RE: Viasat Inc. v. Intellectual Ventures I, LLC, Case No. 25-56 (D. Delaware)

Brian,
I am not aware of any local practice that would allow the parties to ignore the deadline imposed by Rule 26.  If IV has some particular conflict with today and tomorrow and is seeking our consent for a brief extension of the deadline, please let us know the specifics.  Otherwise, please provide your availability for a 26(f) conference today or tomorrow or we will be forced to raise IV's refusal to confer with the Court, again.

Best,
Nate

**From:** Brian Farnan <bfarnan@farnanlaw.com>
**Sent:** Wednesday, April 23, 2025 9:54 AM
**To:** Matt Warren <matt@warrenkashwarren.com>; John Downing <jdowning@kasowitz.com>; Intellectual Ventures <intellectualventures@kasowitz.com>; Michael J. Farnan <mfarnan@farnanlaw.com>
**Cc:** Karen Keller <kkeller@shawkeller.com>; SKViasat <SKViasat@shawkeller.com>; Viasat Inc. v. Intellectual Ventures I LLC <25-56@cases.warrenlex.com>
**Subject:** RE: Viasat Inc. v. Intellectual Ventures I, LLC, Case No. 25-56 (D. Delaware)

Hi Matt,

The Delaware practice is to comply with the deadline provided by the Court and the time frames in Rule 26 do not apply.   The parties typically confer after a draft scheduling order is circulated,

Thanks

---

**From:** Matt Warren <matt@warrenkashwarren.com>
**Sent:** Wednesday, April 23, 2025 9:49 AM
**To:** John Downing <jdowning@kasowitz.com>; Intellectual Ventures <intellectualventures@kasowitz.com>; Brian Farnan <bfarnan@farnanlaw.com>; Michael J. Farnan <mfarnan@farnanlaw.com>
**Cc:** Karen E. Keller <kkeller@shawkeller.com>; Shaw Keller Viasat Team <skviasat@shawkeller.com>; Viasat Inc. v. Intellectual Ventures I LLC <25-56@cases.warrenlex.com>
**Subject:** Viasat Inc. v. Intellectual Ventures I, LLC, Case No. 25-56 (D. Delaware)

On Wed, Apr 23, 2025 at 6:33 AM John Downing <JDowning@kasowitz.com> wrote:

> Our understanding is that we need to have the conference in time to submit the scheduling order.  Can you let us know the basis for the Thursday deadline in your email below.

John—thank you for your email.  The "parties must confer as soon as practicable—and in any event at least 21 days before a scheduling conference is to be held or a scheduling order is due under Rule 16(b)."  Fed. R. Civ. P. 26(f)(1).  As you know, "a scheduling conference is to be held" on May 15.  *See* D.I. 32.  "21 days before" May 15 is April 24.  Thus, we must confer by May 24.  I trust this resolves any doubt you might have, but please let me know if that is not correct.  Otherwise, please let me know when your team is available to confer as required by the Rules.  Thank you for your continued time and courtesy in this matter.

Best Regards,
Matt Warren

--

Matt Warren     matt@warrenkashwarren.com     +1 (415) 895-2928