# EXHIBIT 1

**From:** Karen Keller <kkeller@shawkeller.com>
**Sent:** Wednesday, January 29, 2025 11:08 AM
**To:** Brian Farnan
**Cc:** Michael J. Farnan
**Subject:** Re: Viasat/Intellectual Ventures

Yes, ok to sign. Thanks.

Karen

**From:** Brian Farnan <bfarnan@farnanlaw.com>
**Date:** Wednesday, January 29, 2025 at 10:10 AM
**To:** Karen Keller <kkeller@shawkeller.com>
**Cc:** Michael J. Farnan <mfarnan@farnanlaw.com>
**Subject:** RE: Viasat/Intellectual Ventures

Thanks.  Here is the draft stipulation.   May we sign for you?

**From:** Karen Keller <kkeller@shawkeller.com>
**Sent:** Tuesday, January 28, 2025 7:19 PM
**To:** Brian Farnan <bfarnan@farnanlaw.com>
**Cc:** Michael J. Farnan <mfarnan@farnanlaw.com>
**Subject:** RE: Viasat/Intellectual Ventures

We can agree to 14 days.

Karen

**From:** Brian Farnan <bfarnan@farnanlaw.com>
**Sent:** Tuesday, January 28, 2025 3:15 PM
**To:** Karen Keller <kkeller@shawkeller.com>
**Cc:** Michael J. Farnan <mfarnan@farnanlaw.com>
**Subject:** RE: Viasat/Intellectual Ventures

Hi Karen,

We are not willing to agree to the conditions below.  Please let us know if we may have a 14 day extension to respond to the Complaint.

Thanks

**From:** Karen Keller <kkeller@shawkeller.com>
**Sent:** Tuesday, January 28, 2025 2:52 PM
**To:** Brian Farnan <bfarnan@farnanlaw.com>
**Cc:** Michael J. Farnan <mfarnan@farnanlaw.com>
**Subject:** Re: Viasat/Intellectual Ventures

Brian:

Normally we would be happy to give you an extension, but your client has two cases in Texas against our customers that we think should go after this one.  Is Intellectual Ventures going to argue that those cases should have priority over this case?  And if so, as part of that argument, is Intellectual Ventures going to contend that the trial dates in those cases will occur before a trial date in this case?  As I'm sure you understand, if that is so, we can't agree to anything that could delay the trial date in this case.   If Intellectual Ventures is willing to agree in writing that it won't make any argument based on a difference in case schedule or trial date, then we can agree to the extension.
Best,
Karen

**From:** Brian Farnan <bfarnan@farnanlaw.com>
**Date:** Tuesday, January 28, 2025 at 1:47 PM
**To:** Karen Keller <kkeller@shawkeller.com>
**Cc:** Michael J. Farnan <mfarnan@farnanlaw.com>
**Subject:** RE: Viasat/Intellectual Ventures

Hi Karen,

May we please have the extension?

Thanks

**From:** Brian Farnan
**Sent:** Monday, January 27, 2025 10:07 AM
**To:** kkeller@shawkeller.com
**Cc:** Michael J. Farnan <mfarnan@farnanlaw.com>
**Subject:** RE: Viasat/Intellectual Ventures

Hi Karen,

Following-up on the e-mail below.

Thanks,
Brian

**From:** Brian Farnan
**Sent:** Thursday, January 23, 2025 12:40 PM
**To:** kkeller@shawkeller.com
**Cc:** Michael J. Farnan <mfarnan@farnanlaw.com>
**Subject:** Viasat/Intellectual Ventures

Hi Karen,

May we have a 30 day extension to respond to the Complaint?

Thanks

3