# EXHIBIT 2

**From:** Karen Keller <kkeller@shawkeller.com>
**Sent:** Tuesday, February 18, 2025 4:18 PM
**To:** Brian Farnan
**Cc:** erika@warrenkashwarren.com; madeline@warrenkashwarren.com; matt@warrenkashwarren.com; Michael J. Farnan; 25-56@cases.warrenlex.com
**Subject:** Re: Activity in Case 1:25-cv-00056-CFC Viasat, Inc. v. Intellectual Ventures I LLC et al Stipulation to EXTEND Time

Yes thank you.

Karen Keller

> On Feb 18, 2025, at 3:55 PM, Brian Farnan <bfarnan@farnanlaw.com> wrote:
>
> May we file?
>
> **From:** Brian Farnan
> **Sent:** Tuesday, February 18, 2025 1:21 PM
> **To:** Karen Keller <kkeller@shawkeller.com>
> **Cc:** erika@warrenkashwarren.com; madeline@warrenkashwarren.com; matt@warrenkashwarren.com; Michael J. Farnan <mfarnan@farnanlaw.com>; 25-56@cases.warrenlex.com
> **Subject:** RE: Activity in Case 1:25-cv-00056-CFC Viasat, Inc. v. Intellectual Ventures I LLC et al Stipulation to EXTEND Time
>
> Here is the draft stip.  OK to file?
>
> Thanks
>
> **From:** Karen Keller <kkeller@shawkeller.com>
> **Sent:** Tuesday, February 18, 2025 7:21 AM
> **To:** Brian Farnan <bfarnan@farnanlaw.com>
> **Cc:** erika@warrenkashwarren.com; madeline@warrenkashwarren.com; matt@warrenkashwarren.com; Michael J. Farnan <mfarnan@farnanlaw.com>; 25-56@cases.warrenlex.com
> **Subject:** Re: Activity in Case 1:25-cv-00056-CFC Viasat, Inc. v. Intellectual Ventures I LLC et al Stipulation to EXTEND Time
>
> Brian—
>
> Although we are surprised by this late request, as Intellectual Ventures has already received an extension of time to respond to the complaint, and had plenty of time to anticipate and plan ahead for any attorney travel, as a courtesy to you and your co-counsel, Viasat is willing to agree to an extension of time to Thursday, February 20, on the condition that the stipulation seeking this extension filed with the Court includes the

following statement: "No party to this action will seek any further extension of the time to respond to the complaint." If this works please send over a draft stipulation. Thanks.

Karen Keller

On Feb 17, 2025, at 3:16 PM, Brian Farnan <bfarnan@farnanlaw.com> wrote:

Hi Karen,

My understanding is people are traveling with their families for holidays.  Please let us know if plaintiff agrees to the extension.

Thanks

**From:** Karen Keller <kkeller@shawkeller.com>
**Sent:** Monday, February 17, 2025 2:46 PM
**To:** Brian Farnan <bfarnan@farnanlaw.com>; erika@warrenkashwarren.com; madeline@warrenkashwarren.com; matt@warrenkashwarren.com
**Cc:** Michael J. Farnan <mfarnan@farnanlaw.com>; 25-56@cases.warrenlex.com
**Subject:** Re: Activity in Case 1:25-cv-00056-CFC Viasat, Inc. v. Intellectual Ventures I LLC et al Stipulation to EXTEND Time

Brian:

Viasat is willing to consider this request if you can please provide some more information on the request; is this unanticipated travel or simply the fact that today is a national holiday?

Thanks,
Karen

**From:** Brian Farnan <bfarnan@farnanlaw.com>
**Date:** Monday, February 17, 2025 at 7:42 AM
**To:** erika@warrenkashwarren.com <erika@warrenkashwarren.com>, Karen Keller <kkeller@shawkeller.com>, madeline@warrenkashwarren.com <madeline@warrenkashwarren.com>, matt@warrenkashwarren.com <matt@warrenkashwarren.com>
**Cc:** Michael J. Farnan <mfarnan@farnanlaw.com>
**Subject:** RE: Activity in Case 1:25-cv-00056-CFC Viasat, Inc. v. Intellectual Ventures I LLC et al Stipulation to EXTEND Time

Hi everyone,

We have some people on our side traveling.  May we have an extension until Friday to respond to the Complaint?

Thanks,
Brian

---

**From:** Brian Farnan
**Sent:** Wednesday, January 29, 2025 12:27 PM
**To:** erika@warrenkashwarren.com; kkeller@shawkeller.com; madeline@warrenkashwarren.com; matt@warrenkashwarren.com
**Cc:** Michael J. Farnan <mfarnan@farnanlaw.com>
**Subject:** FW: Activity in Case 1:25-cv-00056-CFC Viasat, Inc. v. Intellectual Ventures I LLC et al Stipulation to EXTEND Time

Attached please find the Stipulation to Extend Time regarding the Response to the Complaint.

Brian

---

**From:** ded_nefreply@ded.uscourts.gov <ded_nefreply@ded.uscourts.gov>
**Sent:** Wednesday, January 29, 2025 12:19 PM
**To:** ded_ecf@ded.uscourts.gov
**Subject:** Activity in Case 1:25-cv-00056-CFC Viasat, Inc. v. Intellectual Ventures I LLC et al Stipulation to EXTEND Time

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

**District of Delaware**

**Notice of Electronic Filing**

The following transaction was entered by Farnan, Michael on 1/29/2025 at 12:18 PM EST and filed on 1/29/2025

| | |
|---|---|
| **Case Name:** | Viasat, Inc. v. Intellectual Ventures I LLC et al |
| **Case Number:** | 1:25-cv-00056-CFC |
| **Filer:** | Intellectual Ventures I LLC |
| | Intellectual Ventures II LLC |
| **Document Number:** | 10 |

**Docket Text:**
**STIPULATION TO EXTEND TIME for Defendants to answer, move, or otherwise respond to the Complaint to 2/18/2025 - filed by Intellectual Ventures I LLC, Intellectual Ventures II LLC. (Farnan, Michael)**

**1:25-cv-00056-CFC Notice has been electronically mailed to:**

Erika H. Warren     erika@warrenkashwarren.com

Karen Elizabeth Keller     kkeller@shawkeller.com, cal@shawkeller.com

Madeline A. Woodall     madeline@warrenkashwarren.com

Matthew S. Warren     matt@warrenkashwarren.com

Michael J. Farnan     mfarnan@farnanlaw.com, tfarnan@farnanlaw.com

**1:25-cv-00056-CFC Filer will deliver document by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=1/29/2025] [FileNumber=5769558-0
] [498ffcd761067a9b1b810af1c7b004044cef68c5b456b230529ee0de50b6213e072
0b17ff1e73f159c14efb2954c3dbbc2e26472fa9d38d6cedcd56d3e656a9b]]