# EXHIBIT 3

| | |
|---|---|
| **From:** | Nate Hoeschen <nhoeschen@shawkeller.com> |
| **Sent:** | Thursday, March 27, 2025 2:49 PM |
| **To:** | John Downing; Matt Warren; Intellectual Ventures; Brian Farnan; Michael J. Farnan |
| **Cc:** | Karen Keller; SKViasat; Viasat Inc. v. Intellectual Ventures I LLC |
| **Subject:** | RE: Viasat Inc. v. Intellectual Ventures I, LLC, Case No. 25-56 (D. Delaware) - Meet and confer availability |

John,

Thanks for making the time. I will circulate a dial-in to everyone on this chain. Please forward along to anyone else you would like to join. I don't believe we will be in a position to share a draft of the brief before then, but please let me know if you have any specific questions and I will see if I can answer them in advance of the call.

Best,
Nate

**From:** John Downing <JDowning@kasowitz.com>
**Sent:** Thursday, March 27, 2025 2:45 PM
**To:** Nate Hoeschen <nhoeschen@shawkeller.com>; Matt Warren <matt@warrenkashwarren.com>; Intellectual Ventures <IntellectualVentures@kasowitz.com>; Brian Farnan <bfarnan@farnanlaw.com>; Michael Farnan <mfarnan@farnanlaw.com>
**Cc:** Karen Keller <kkeller@shawkeller.com>; SKViasat <SKViasat@shawkeller.com>; Viasat Inc. v. Intellectual Ventures I LLC <25-56@cases.warrenlex.com>
**Subject:** RE: Viasat Inc. v. Intellectual Ventures I, LLC, Case No. 25-56 (D. Delaware) - Meet and confer availability

Nate,

We are free meet and confer tomorrow at 10:30 PST. Please let us know if this works for your side. Would you mind sending a draft of your motion over so that we can better understand what this motion is about? While we appreciate your client wanting to file this as soon as possible, we need to discuss this issue with our client and need time to be able to do so to complete the meet-and-confer process.

Regards,

John

**From:** Nate Hoeschen <nhoeschen@shawkeller.com>
**Sent:** Thursday, March 27, 2025 9:35 AM
**To:** John Downing <JDowning@kasowitz.com>; Matt Warren <matt@warrenkashwarren.com>; Intellectual Ventures <IntellectualVentures@kasowitz.com>; Brian Farnan <bfarnan@farnanlaw.com>; Michael Farnan <mfarnan@farnanlaw.com>
**Cc:** Karen Keller <kkeller@shawkeller.com>; SKViasat <SKViasat@shawkeller.com>; Viasat Inc. v. Intellectual Ventures I LLC <25-56@cases.warrenlex.com>
**Subject:** RE: Viasat Inc. v. Intellectual Ventures I, LLC, Case No. 25-56 (D. Delaware) - Meet and confer availability

John,

I appreciate the response. I remain available to discuss the motion through the end of the week whenever is convenient for you and your local counsel.  Given that our position is that our customers continue to suffer harm in the absence of an injunction, there is urgency to the motion and we are unable to wait longer than that.

Best wishes,
Nate

**From:** John Downing <JDowning@kasowitz.com>
**Sent:** Wednesday, March 26, 2025 6:47 PM
**To:** Nate Hoeschen <nhoeschen@shawkeller.com>; Matt Warren <matt@warrenkashwarren.com>; Intellectual Ventures <IntellectualVentures@kasowitz.com>; Brian Farnan <bfarnan@farnanlaw.com>; Michael Farnan <mfarnan@farnanlaw.com>
**Cc:** Karen Keller <kkeller@shawkeller.com>; SKViasat <SKViasat@shawkeller.com>; Viasat Inc. v. Intellectual Ventures I LLC <25-56@cases.warrenlex.com>
**Subject:** RE: Viasat Inc. v. Intellectual Ventures I, LLC, Case No. 25-56 (D. Delaware) - Meet and confer availability

Nate,

We are in receipt of your emails.  We need to discuss with the client and will revert.

Regards,

John

**From:** Nate Hoeschen <nhoeschen@shawkeller.com>
**Sent:** Wednesday, March 26, 2025 3:22 PM
**To:** John Downing <JDowning@kasowitz.com>; Matt Warren <matt@warrenkashwarren.com>; Intellectual Ventures <IntellectualVentures@kasowitz.com>; Brian Farnan <bfarnan@farnanlaw.com>; Michael Farnan <mfarnan@farnanlaw.com>
**Cc:** Karen Keller <kkeller@shawkeller.com>; SKViasat <SKViasat@shawkeller.com>; Viasat Inc. v. Intellectual Ventures I LLC <25-56@cases.warrenlex.com>
**Subject:** RE: Viasat Inc. v. Intellectual Ventures I, LLC, Case No. 25-56 (D. Delaware) - Meet and confer availability

John,

Checking in on this – let me know your availability for a call tomorrow or the next day.  I don't anticipate that it will take much time.

Best,
Nate

**From:** Nate Hoeschen
**Sent:** Wednesday, March 26, 2025 8:40 AM
**To:** John Downing <JDowning@kasowitz.com>; Matt Warren <matt@warrenkashwarren.com>; Intellectual Ventures <IntellectualVentures@kasowitz.com>; Brian Farnan <bfarnan@farnanlaw.com>; Michael Farnan <mfarnan@farnanlaw.com>
**Cc:** Karen Keller <kkeller@shawkeller.com>; SKViasat <SKViasat@shawkeller.com>; Viasat Inc. v. Intellectual Ventures I LLC <25-56@cases.warrenlex.com>
**Subject:** RE: Viasat Inc. v. Intellectual Ventures I, LLC, Case No. 25-56 (D. Delaware) - Meet and confer availability

John,

Viasat intends to file a motion for a preliminary injunction preventing IV from prosecuting its actions against Viasat's customers. Please let me know your availability to meet and confer before the end of the week and I will circulate a dial-in. We can be available at any time.

Best,
Nate Hoeschen
Partner
**SHAW KELLER LLP**
I.M. Pei Building
1105 Market Street
12th Floor
Wilmington, DE 19801
(302) 298-0709
nhoeschen@shawkeller.com
www.shawkeller.com

---

**From:** John Downing <JDowning@kasowitz.com>
**Sent:** Tuesday, March 25, 2025 2:33 PM
**To:** Matt Warren <matt@warrenkashwarren.com>; Intellectual Ventures <IntellectualVentures@kasowitz.com>; Brian Farnan <bfarnan@farnanlaw.com>; Michael Farnan <mfarnan@farnanlaw.com>
**Cc:** Karen Keller <kkeller@shawkeller.com>; SKViasat <SKViasat@shawkeller.com>; Viasat Inc. v. Intellectual Ventures I LLC <25-56@cases.warrenlex.com>
**Subject:** RE: Viasat Inc. v. Intellectual Ventures I, LLC, Case No. 25-56 (D. Delaware)

Matt,

ViaSat's proposal to initiate a Rule 26(f) conference is premature and not consistent with the Court's practice. Currently, we respectfully oppose your request to schedule a Rule 26(f) conference. If you have additional information to share with us on why holding a Rule 26(f) conference is needed or necessary, please provide it to us and we will consider it.

Regards,

John



John Downing
Kasowitz Benson Torres LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
Tel.   (650) 453-5426
Fax.  (650) 362-9430
JDowning@kasowitz.com

This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.

**From:** Matt Warren <matt@warrenkashwarren.com>
**Sent:** Tuesday, March 25, 2025 10:43 AM

**To:** John Downing <JDowning@kasowitz.com>; Intellectual Ventures <IntellectualVentures@kasowitz.com>; Brian Farnan <bfarnan@farnanlaw.com>; Michael Farnan <mfarnan@farnanlaw.com>
**Cc:** Karen E. Keller <kkeller@shawkeller.com>; Shaw Keller Viasat Team <skviasat@shawkeller.com>; Viasat Inc. v. Intellectual Ventures I LLC <25-56@cases.warrenlex.com>
**Subject:** Viasat Inc. v. Intellectual Ventures I, LLC, Case No. 25-56 (D. Delaware)

**ALERT: THIS IS AN EXTERNAL EMAIL. DO NOT CLICK ON ANY LINK, ENTER A PASSWORD, OR OPEN AN ATTACHMENT UNLESS YOU KNOW THAT THE MESSAGE CAME FROM A SAFE EMAIL ADDRESS.**

John and I.V. Counsel:

I write for the fourth and final time seeking to schedule a Rule 26(f) conference.  As you know, in response to your request for informal discovery, we suggested a Rule 26(f) conference on Monday, March 17.  You ignored this request in your responsive email of March 18, so later that same day we raised it again.  You did not respond to this email, and on March 20 we raised this matter for a third time.  On March 21, you responded for the first time that you would "speak to the client" about this request.  We have not heard from you since.

Parties to litigation must hold a discovery conference "as soon as practicable."  Fed. R. Civ. P. 26(f).  We expect I.V. to honor this rule.  But if I.V. does not give us availability for a Rule 26(f) conference by 4:00 p.m. EDT tomorrow, March 26, we will ask the Court to set a scheduling conference and note your refusal to do so.

Thank you for your continued time and courtesy in this matter.

Best Regards,
Matt Warren

--
Matt Warren     matt@warrenkashwarren.com     +1 (415) 895-2928