# EXHIBIT 4

| | |
|---|---|
| **From:** | Nate Hoeschen <nhoeschen@shawkeller.com> |
| **Sent:** | Thursday, April 10, 2025 5:32 PM |
| **To:** | Brian Farnan; Jeceaca An; John Downing; SKViasat; Viasat Inc. v. Intellectual Ventures I, LLC |
| **Cc:** | Intellectual Ventures; Michael J. Farnan |
| **Subject:** | RE: Viasat Inc. v. Intellectual Ventures I, LLC |

Brian,

Thanks for sending.  Your revisions are largely fine, but please revert the spelling of "Viasat, Inc." our client has not used the capital "S" since 2017.  Please make this correction throughout, and circulate a clean proposed stipulation for us to review.

Best,
Nate

**From:** Brian Farnan <bfarnan@farnanlaw.com>
**Sent:** Thursday, April 10, 2025 5:18 PM
**To:** Nate Hoeschen <nhoeschen@shawkeller.com>; Jeceaca An <JAn@kasowitz.com>; John Downing <JDowning@kasowitz.com>; SKViasat <SKViasat@shawkeller.com>; Viasat Inc. v. Intellectual Ventures I, LLC <25-56@cases.warrenlex.com>
**Cc:** Intellectual Ventures <IntellectualVentures@kasowitz.com>; Michael J. Farnan <mfarnan@farnanlaw.com>
**Subject:** RE: Viasat Inc. v. Intellectual Ventures I, LLC

Nate,

Here are our revisions.  OK to file?

Thanks

**From:** Nate Hoeschen <nhoeschen@shawkeller.com>
**Sent:** Thursday, April 10, 2025 3:09 PM
**To:** Brian Farnan <bfarnan@farnanlaw.com>; Jeceaca An <JAn@kasowitz.com>; John Downing <JDowning@kasowitz.com>; SKViasat <SKViasat@shawkeller.com>; Viasat Inc. v. Intellectual Ventures I, LLC <25-56@cases.warrenlex.com>
**Cc:** Intellectual Ventures <IntellectualVentures@kasowitz.com>; Michael J. Farnan <mfarnan@farnanlaw.com>
**Subject:** RE: Viasat Inc. v. Intellectual Ventures I, LLC

Brian

Given the context of a preliminary injunction motion, Viasat believes it is important for the Court to understand that this extension does not affect when the parties will complete their briefing on this motion, and that our stipulation should reflect the terms of the agreement that we discussed.

Best,
Nate

1

**From:** Brian Farnan <bfarnan@farnanlaw.com>
**Sent:** Thursday, April 10, 2025 2:35 PM
**To:** Nate Hoeschen <nhoeschen@shawkeller.com>; Jeceaca An <JAn@kasowitz.com>; John Downing <JDowning@kasowitz.com>; SKViasat <SKViasat@shawkeller.com>; Viasat Inc. v. Intellectual Ventures I, LLC <25-56@cases.warrenlex.com>
**Cc:** Intellectual Ventures <IntellectualVentures@kasowitz.com>; Michael J. Farnan <mfarnan@farnanlaw.com>
**Subject:** RE: Viasat Inc. v. Intellectual Ventures I, LLC

Nate,

Our firms have exchanged a number of stipulations and I don't recall one like this. Is this necessary for a one day extension?

Thanks

**From:** Nate Hoeschen <nhoeschen@shawkeller.com>
**Sent:** Thursday, April 10, 2025 2:15 PM
**To:** Brian Farnan <bfarnan@farnanlaw.com>; Jeceaca An <JAn@kasowitz.com>; John Downing <JDowning@kasowitz.com>; SKViasat <SKViasat@shawkeller.com>; Viasat Inc. v. Intellectual Ventures I, LLC <25-56@cases.warrenlex.com>
**Cc:** Intellectual Ventures <IntellectualVentures@kasowitz.com>; Michael J. Farnan <mfarnan@farnanlaw.com>
**Subject:** RE: Viasat Inc. v. Intellectual Ventures I, LLC

Thanks Brian,

Some edits in the attached. OK to sign this version for me if it works for your team.

Best,
Nate

**From:** Brian Farnan <bfarnan@farnanlaw.com>
**Sent:** Thursday, April 10, 2025 12:52 PM
**To:** Nate Hoeschen <nhoeschen@shawkeller.com>; Jeceaca An <JAn@kasowitz.com>; John Downing <JDowning@kasowitz.com>; SKViasat <SKViasat@shawkeller.com>; Viasat Inc. v. Intellectual Ventures I, LLC <25-56@cases.warrenlex.com>
**Cc:** Intellectual Ventures <IntellectualVentures@kasowitz.com>; Michael J. Farnan <mfarnan@farnanlaw.com>
**Subject:** RE: Viasat Inc. v. Intellectual Ventures I, LLC

Here is the draft stip. OK to file?

**From:** Nate Hoeschen <nhoeschen@shawkeller.com>
**Sent:** Wednesday, April 9, 2025 11:46 AM
**To:** Jeceaca An <JAn@kasowitz.com>; John Downing <JDowning@kasowitz.com>; Brian Farnan <bfarnan@farnanlaw.com>; SKViasat <SKViasat@shawkeller.com>; Viasat Inc. v. Intellectual Ventures I, LLC <25-56@cases.warrenlex.com>
**Cc:** Intellectual Ventures <IntellectualVentures@kasowitz.com>; Michael J. Farnan <mfarnan@farnanlaw.com>
**Subject:** RE: Viasat Inc. v. Intellectual Ventures I, LLC

You're welcome Jeceaca, please send along a stipulation for our review at your convenience.

Best,
Nate

---

**From:** Jeceaca An <JAn@kasowitz.com>
**Sent:** Wednesday, April 9, 2025 11:20 AM
**To:** Nate Hoeschen <nhoeschen@shawkeller.com>; John Downing <JDowning@kasowitz.com>; Brian Farnan <bfarnan@farnanlaw.com>; SKViasat <SKViasat@shawkeller.com>; Viasat Inc. v. Intellectual Ventures I, LLC <25-56@cases.warrenlex.com>
**Cc:** Intellectual Ventures <IntellectualVentures@kasowitz.com>; Michael J. Farnan <mfarnan@farnanlaw.com>
**Subject:** RE: Viasat Inc. v. Intellectual Ventures I, LLC

Hi Nate,

Thanks for the accommodation. We will get an extension to Monday, April 14 on file.

Jeceaca


Jeceaca An
Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019
Tel.   (212) 506-1808
Fax.  (212) 500-3502
JAn@kasowitz.com

---

**From:** Nate Hoeschen <nhoeschen@shawkeller.com>
**Sent:** Saturday, April 5, 2025 11:35 AM
**To:** John Downing <JDowning@kasowitz.com>; Brian Farnan <bfarnan@farnanlaw.com>; SKViasat <SKViasat@shawkeller.com>; Viasat Inc. v. Intellectual Ventures I, LLC <25-56@cases.warrenlex.com>
**Cc:** Intellectual Ventures <IntellectualVentures@kasowitz.com>; Michael J. Farnan <mfarnan@farnanlaw.com>
**Subject:** Re: Viasat Inc. v. Intellectual Ventures I, LLC

John,

I write in response to your email of yesterday afternoon, which responded to my email of earlier that day.

As you know from my previous email, Viasat does not agree that any extension of time to respond is appropriate but, as a courtesy to you and your team, is willing to provide an extension under certain conditions, one of which would be a three-day extension from April 11 to April 14, if I.V. would stipulate not to seek any further extensions and would agree not to argue that our willingness to grant you this courtesy should affect the outcome of Viasat's motion. You responded suggesting a "smaller 1 week extension," but did not explain why I.V. needs the time beyond what we propose. And a "1 week extension" would really last ten days, due to the Court holiday on April 18.

Purely as a courtesy to you, we remain willing to agree to an extension on the conditions I explained in my previous email. Because of the Court holiday for Good Friday, this proposal would give I.V. three days from our reply time, and keep the same date for submission to the Court. Given the urgency of the matter, the number of lawyers working for I.V., and the lack of specifics in your requests, we believe this proposal is more than reasonable. Please let us know if you are interested.

Thank you again for your time and courtesy in this matter.

Nate

Get Outlook for Android

---

**From:** John Downing <JDowning@kasowitz.com>
**Sent:** Friday, April 4, 2025 5:08:01 PM
**To:** Nate Hoeschen <nhoeschen@shawkeller.com>; Brian Farnan <bfarnan@farnanlaw.com>; SKViasat <SKViasat@shawkeller.com>; Viasat Inc. v. Intellectual Ventures I, LLC <25-56@cases.warrenlex.com>
**Cc:** Intellectual Ventures <IntellectualVentures@kasowitz.com>; Michael J. Farnan <mfarnan@farnanlaw.com>
**Subject:** RE: Viasat Inc. v. Intellectual Ventures I, LLC

Nate,

Thank you for your email.  Would ViaSat agree to a smaller 1 week extension.

Thank you in advance,

John

---

**From:** Nate Hoeschen <nhoeschen@shawkeller.com>
**Sent:** Friday, April 4, 2025 10:03 AM
**To:** John Downing <JDowning@kasowitz.com>; Brian Farnan <bfarnan@farnanlaw.com>; SKViasat <SKViasat@shawkeller.com>; Viasat Inc. v. Intellectual Ventures I, LLC <25-56@cases.warrenlex.com>
**Cc:** Intellectual Ventures <IntellectualVentures@kasowitz.com>; Michael J. Farnan <mfarnan@farnanlaw.com>
**Subject:** RE: Viasat Inc. v. Intellectual Ventures I, LLC

John:
I write in response to your request for an extension of time to respond to Viasat's motion for a preliminary injunction.  You give two reasons for the request:  "the team's other commitments and an attorney departure."  We are surprised by your mention of an attorney departure; of the nine attorneys appearing for I.V. in this action, as of today, all nine remain active on your firm websites.  Given the large number of attorneys appearing for I.V. who have not departed, we do not see how the departure of one attorney not appearing for I.V. should affect I.V.'s ability to meet the Court's usual schedule, let alone overcome the urgency of Viasat's pending motion.
That leaves "the team's other commitments," that is, I.V.'s customer suits in Texas.  I.V. appears to contend that its desire to keep litigating its customer suits in Texas is an excuse to avoid litigating this manufacturer suit.  I am sure you can understand why we do not agree that this is the appropriate result.  Bearing all this in mind, and remembering the urgency of Viasat's motion, we do not agree that an extension of time to respond is appropriate.  Despite this view, as a courtesy to you, we are willing to provide an extension in two ways.  First, we can agree to the full two weeks you request if I.V. will stay its customer suits pending resolution of Viasat's motion.  If I.V. is not willing to stay its customer suits, we are willing to agree to an extension of three days, from April 11 to April 14, if I.V. will stipulate not to seek any further extensions.  In either case, of course, I.V. must agree not to argue that our willingness to grant you this courtesy should affect the outcome of Viasat's motion.
Please let me know if you are interested in either of these proposals.  Thank you for your continued time and courtesy in this matter.
Nate Hoeschen
Partner
S<small>HAW</small> K<small>ELLER</small> LLP

I.M. Pei Building
1105 Market Street
12th Floor
Wilmington, DE 19801
(302) 298-0709
nhoeschen@shawkeller.com
www.shawkeller.com

---

**From:** John Downing <JDowning@kasowitz.com>
**Sent:** Friday, April 4, 2025 7:52 AM
**To:** Nate Hoeschen <nhoeschen@shawkeller.com>; Brian Farnan <bfarnan@farnanlaw.com>; SKViasat <SKViasat@shawkeller.com>; Viasat Inc. v. Intellectual Ventures I, LLC <25-56@cases.warrenlex.com>
**Cc:** Intellectual Ventures <IntellectualVentures@kasowitz.com>; Michael J. Farnan <mfarnan@farnanlaw.com>
**Subject:** RE: Viasat Inc. v. Intellectual Ventures I, LLC

Nate,

Thank you for your email. We need more time due to the team's other commitments and an attorney departure.

Regards,

John


John Downing
Kasowitz Benson Torres LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
Tel.   (650) 453-5426
Fax.  (650) 362-9430
JDowning@kasowitz.com

This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.

---

**From:** Nate Hoeschen <nhoeschen@shawkeller.com>
**Sent:** Thursday, April 3, 2025 4:41 PM
**To:** Brian Farnan <bfarnan@farnanlaw.com>; SKViasat <SKViasat@shawkeller.com>; Viasat Inc. v. Intellectual Ventures I, LLC <25-56@cases.warrenlex.com>
**Cc:** Intellectual Ventures <IntellectualVentures@kasowitz.com>; Michael J. Farnan <mfarnan@farnanlaw.com>
**Subject:** RE: Viasat Inc. v. Intellectual Ventures I, LLC

**ALERT: THIS IS AN EXTERNAL EMAIL. DO NOT CLICK ON ANY LINK, ENTER A PASSWORD, OR OPEN AN ATTACHMENT UNLESS YOU KNOW THAT THE MESSAGE CAME FROM A SAFE EMAIL ADDRESS.**

Brian,

I am checking with my team, can you let me know the reason for the extension?

-Nate

**From:** Brian Farnan <bfarnan@farnanlaw.com>
**Sent:** Thursday, April 3, 2025 7:41 AM
**To:** SKViasat <SKViasat@shawkeller.com>; Viasat Inc. v. Intellectual Ventures I, LLC <25-56@cases.warrenlex.com>
**Cc:** IntellectualVentures@kasowitz.com; Michael J. Farnan <mfarnan@farnanlaw.com>
**Subject:** Viasat Inc. v. Intellectual Ventures I, LLC

May we have a two week extension to respond to the preliminary injunction motion?

Thanks,
Brian