# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIASAT, INC.,<br><br>                Plaintiff,<br>v.<br><br>INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC,<br><br>                Defendants. | C.A. No. 25-cv-56-CFC |

**STIPULATION TO EXTEND TIME**

      WHEREAS, on March 28, 2025, plaintiff Viasat, Inc. ("Viasat") filed the pending Motion for Preliminary Injunction Barring Duplicative Claims Against Viasat's Customers Pending Resolution of this Manufacturer Action, D.I. 26;

      WHEREAS, under the Court's Local Rules, any response from defendants Intellectual Ventures I, LLC and Intellectual Ventures II, LLC (collectively "I.V.") is due Friday, April 11;

      WHEREAS, under the Court's Local Rules, any reply from Viasat would normally be due on Friday, April 18;

      WHEREAS, Friday April 18 is a Court holiday;

      WHEREAS, under Fed. R. Civ. P. 6(a)(2)(C), any reply from Viasat would therefore be due on Monday, April 21;

      WHEREAS, I.V. asked Viasat for additional time to respond to the Motion for Preliminary Injunction Barring Duplicative Claims Against Viasat's Customers Pending Resolution of this Manufacturer Action;

      WHEREAS, Viasat believes that the parties should fully brief this motion and present it to the Court as quickly as possible;

      WHEREAS, Viasat was nevertheless willing to give I.V. three additional days, on the

conditions set forth below, to respond to the Motion for Preliminary Injunction Barring Duplicative Claims Against Viasat's Customers Pending Resolution of this Manufacturer Action;

WHEREAS, because of the April 18 holiday, Viasat's agreement to extend I.V.'s time to respond would not change the date on which the parties complete their briefing to the Court, and would reduce only Viasat's time to reply;

NOW, THEREFORE, I.V. and Viasat stipulate and agree, subject to the approval of the Court, as follows:

1. The time for I.V. to respond to the pending Motion for Preliminary Injunction Barring Duplicative Claims Against Viasat's Customers Pending Resolution of this Manufacturer Action is extended to April 14, 2025.

2. I.V. will not seek any additional extensions of its time to respond to the Motion for Preliminary Injunction Barring Duplicative Claims Against Viasat's Customers Pending Resolution of this Manufacturer Action.

3. I.V. will not argue that Viasat's courtesy in granting this extension, or the timing of briefing on the Motion for Preliminary Injunction Barring Duplicative Claims Against Viasat's Customers Pending Resolution of this Manufacturer Action, should affect the outcome of that motion.

| | |
|---|---|
| DATED: April 10, 2025 | Respectfully submitted, |
| SHAW KELLER LLP | FARNAN LLP |
| /s/ | /s/ |
| Karen E. Keller (No. 4489) | Brian E. Farnan (Bar No. 4089) |
| I.M. Pei Building | Michael J. Farnan (Bar No. 5165) |
| 1105 North Market Street, 12th Floor | 919 North Market Street, 12th Floor |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302)298-0700 | (302) 777-0300 |
| kkeller@shawkeller.com | bfarnan@farnanlaw.com |
| | mfarnan@farnanlaw.com |

*Attorneys for Plaintiff*

           *Attorneys for Defendants*

IT IS SO ORDERED this _____ day of _____, 2025.

           _____
           The Honorable Colm F. Connolly