

Nathan R. Hoeschen
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0709
nhoeschen@shawkeller.com

April 24, 2025

**BY CM/ECF & HAND DELIVERY**
The Honorable Colm F. Connolly
United States District Judge
844 N. King Street
Wilmington, DE 19801

    Re:    *Viasat, Inc. v. Intellectual Ventures I LLC et al*, C.A. No. 25-056-CFC

Dear Judge Connolly,

    I write on behalf of Plaintiff Viasat, Inc. ("Viasat") to correct I.V.'s letter this morning (D.I. 39), which incorrectly stated that Viasat had not filed a certification pursuant to D. Del. LR 7.1.1 with its motion for a preliminary injunction. In fact, that motion correctly states that "under D. Del. LR 7.1.1, counsel certifies that reasonable efforts were made to reach agreement on the subject of this motion." D.I. 26 at 2.

    Regarding the remaining allegations in the letter, Viasat respectfully submits that the communications submitted by I.V. accurately reflect that Viasat has been civil to I.V. throughout this case, including when civility required granting I.V. numerous extensions despite the fact that such extensions only serve to delay the resolution of the threshold customer suit issues and thus compound the harm to Viasat described in its motion for a preliminary injunction. *See* D.I. 27 and D.I. 35.

    Counsel is available if the Court has any questions or concerns.

    Respectfully submitted,

    */s/ Nathan R. Hoeschen*

    Nathan R. Hoeschen (No. 6232)

cc:    Clerk of the Court (via CM/ECF & Hand Delivery)
       All Counsel of Record (via CM/ECF & Email)