

Nathan R. Hoeschen
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0709
nhoeschen@shawkeller.com

May 2, 2025

**BY CM/ECF & HAND DELIVERY**
The Honorable Colm F. Connolly
United States District Judge
844 N. King Street
Wilmington, DE 19801

    Re:   *Viasat, Inc. v. Intellectual Ventures I LLC et al.*, C.A. No. 25-056-CFC

Dear Chief Judge Connolly:

I write on behalf of plaintiff Viasat, Inc., to inform the Court that the parties held a Rule 26(f) conference today.  Accordingly, Viasat no longer requests the Court's assistance on the matters discussed in our letter of last week (D.I. 38).

Counsel is available should the Court have any questions or concerns.

                              Respectfully submitted,

                              */s/ Nathan R. Hoeschen*

                              Nathan R. Hoeschen (No. 6232)

cc:   Clerk of the Court (via CM/ECF & Hand Delivery)
       All Counsel of Record (via CM/ECF & Email)