IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIASAT, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 25-056-CFC |
| ) | |
| INTELLECTUAL VENTURES I LLC ) | |
| and INTELLECTUAL VENTURES II ) | |
| LLC, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 2, 2025, plaintiff Viasat, Inc. served the First Set of Requests for Production by Plaintiff Viasat, Inc. to Defendants Intellectual Ventures I LLC and Intellectual Ventures II LLC on defendants Intellectual Ventures I LLC and Intellectual Ventures II LLC, as follows:

**BY HAND DELIVERY**
Jonathan K. Waldrop
Darcy L. Jones
Marcus A. Barber
John Downing
Heather S. Kim
ThucMinh Nguyen
KASOWITZ BENSON TORRES LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065

**BY MAIL**
Paul G. Williams
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street, Northeast
Suite 2445
Atlanta, GA 30309

Brian E. Farnan
Michael J. Farnan
FARNAN LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801

– 1 –

Also on May 2, 2025, Viasat transmitted courtesy copies of the First Set of Requests for Production by Plaintiff Viasat, Inc. to Defendants Intellectual Ventures I and Intellectual Ventures II LLC by electronic mail to counsel for defendants Intellectual Ventures I LLC and Intellectual Ventures II LLC at the following addresses:

    John Downing, jdowning@kasowitz.com;
    Kasowitz Benson Team, intellectualventures@kasowitz.com;
    Brian Farnan, bfarnan@farnanlaw.com; and
    Michael Farnan, mfarnan@farnanlaw.com.

|  |  |
|---|---|
| OF COUNSEL:<br>Matthew S. Warren<br>Erika H. Warren<br>Madeline A. Woodall<br>WARREN KASH WARREN LLP<br>2261 Market Street, No. 606<br>San Francisco, CA, 94114<br>(415) 895-2940<br><br>Dated: May 2, 2025 | /s/ Nathan R. Hoeschen<br>Karen E. Keller (No. 4489)<br>Nathan R. Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br>*Attorneys for Plaintiff* |