

Karen E. Keller
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0702
nhoeschen@shawkeller.com

May 13, 2025

**BY CM/ECF & HAND DELIVERY**
The Honorable Colm F. Connolly
United States District Judge
844 N. King Street
Wilmington, DE 19801

    Re:    *Viasat, Inc. v. Intellectual Ventures I LLC et al*, C.A. No. 25-056-CFC

Dear Chief Judge Connolly:

    Pursuant to the Court's Order Setting Rule 16(b) Conference for Patent case (D.I. 32), I write on behalf of the parties to submit a proposed scheduling order for the Court's consideration. The parties have agreed upon all dates in the proposed scheduling order.

    Counsel are available should the Court have any questions or concerns.

    Respectfully submitted,

    */s/ Karen E. Keller*

    Karen E. Keller (No. 4489)

cc:    Clerk of the Court (via CM/ECF & Hand Delivery)
       All Counsel of Record (via CM/ECF & Email)