# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIASAT, INC., <br><br> Plaintiff, <br><br> v. <br><br> INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, <br><br> Defendants. | C.A. No. 25-cv-56-CFC |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 22, 2025, a copy of Defendants' Rule 26(a)(1) Initial Disclosures was served on the following as indicated:

<u>Via E-Mail</u>
Karen E. Keller
Nathan R. Hoeschen
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
kkeller@shawkeller.com
nhoeschen@shawkeller.com

*Attorneys for Plaintiff*

<u>Via E-Mail</u>
Matthew S. Warren
Erika H. Warren
Madeline A. Woodall
WARREN KASH WARREN LLP
matt@warrenkashwarren.com
erika@warrenkashwarren.com
madeline@warrenkashwarren.com

*Attorneys for Plaintiff*

Dated: May 22, 2025

Of Counsel:

Jonathan K. Waldrop
Darcy L. Jones
Marcus A. Barber
John Downing
Heather S. Kim
ThucMinh Nguyen
KASOWITZ BENSON TORRES LLP
333 Twin Dolphin Dr., Suite 200
Redwood Shores, CA 94065
Tel: (650) 453-5170

Respectfully submitted,

FARNAN LLP

*/s/ Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Attorneys for Defendants
*Intellectual Ventures I LLC and Intellectual*

Fax: (650) 362-9302  
JWaldrop@kasowitz.com  
DJones@kasowitz.com  
MBarber@kasowitz.com  
JDowning@kasowitz.com  
HKim@kasowitz.com  
TNguyen@kasowitz.com  

Paul G. Williams  
KASOWITZ BENSON TORRES LLP  
1230 Peachtree Street, N.E., Suite 2445  
Atlanta, Georgia 30309  
Tel: (404) 260-6080  
Fax: (404) 260-6081  
PWilliams@kasowitz.com  

*Ventures II LLC*