IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIASAT, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 25-056-CFC |
| | ) |
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | ) ) ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 22, 2025, plaintiff Viasat, Inc. served the Initial Disclosures Under Fed. R. Civ. P. 26(a)(1) of Plaintiff Viasat, Inc. on counsel for defendants Intellectual Ventures I LLC and Intellectual Ventures II LLC by First Class Mail at the following addresses:

Jonathan K. Waldrop
Darcy L. Jones
Marcus A. Barber
John Downing
Heather S. Kim
ThucMinh Nguyen
KASOWITZ BENSON TORRES LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California, 94065

Paul G. Williams
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street, Northeast
Suite 2445
Atlanta, Georgia, 30309

Brian E. Farnan
Michael J. Farnan
FARNAN LLP
919 North Market Street, 12th Floor
Wilmington, Delaware, 19801

Also on May 22, 2025, Viasat transmitted courtesy copies of the Initial Disclosures Under Fed. R. Civ. P. 26(a)(1) of Plaintiff Viasat, Inc. by electronic mail to counsel for defendants Intellectual Ventures I LLC and Intellectual Ventures II LLC at the following addresses:

> John Downing, jdowning@kasowitz.com;
> Kasowitz Benson Team, intellectualventures@kasowitz.com;
> Brian Farnan, bfarnan@farnanlaw.com; and
> Michael Farnan, mfarnan@farnanlaw.com.

|  |  |
|---|---|
| | /s/ Nathan R. Hoeschen |
| | Karen E. Keller (No. 4489) |
| | Nathan R. Hoeschen (No. 6232) |
| | Lindsey M. Gellar (No. 7202) |
| | Virginia K. Lynch (No. 7423) |
| OF COUNSEL: | SHAW KELLER LLP |
| Matthew S. Warren | I.M. Pei Building |
| Erika H. Warren | 1105 North Market Street, 12th Floor |
| Madeline A. Woodall | Wilmington, DE 19801 |
| WARREN KASH WARREN LLP | (302) 298-0700 |
| 2261 Market Street, No. 606 | jshaw@shawkeller.com |
| San Francisco, CA, 94114 | kkeller@shawkeller.com |
| (415) 895-2940 | nhoeschen@shawkeller.com |
| | lgellar@shawkeller.com |
| Dated: May 22, 2025 | glynch@shawkeller.com |
| | *Attorneys for Plaintiff* |