IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIASAT, INC.,<br><br>      Plaintiff,<br>v.<br><br>INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>      Defendants. | C.A. No. 25-56-CFC |

## STIPULATION TO EXTEND TIME

The parties hereby stipulate and agree, subject to the approval of the Court, that the deadline to submit a proposed protective order is extended through and including June 4, 2025.

| SHAW KELLER LLP | FARNAN LLP |
|---|---|
| */s/ Nathan R. Hoeschen*<br>Karen E. Keller (No. 4489)<br>Nathan R. Hoeschen (No. 6232)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302)298-0700<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br>*Attorneys for Plaintiff* | */s/ Brian E. Farnan*<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br>*Attorneys for Defendants* |

Dated: June 2, 2025

IT IS SO ORDERED this 3rd day of June 2025.

_____
The Honorable Colm F. Connolly