IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VIASAT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 25-056-CFC |
| | ) | |
| INTELLECTUAL VENTURES I LLC | ) | |
| and INTELLECTUAL VENTURES II | ) | |
| LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF VIASAT, INC.'S MOTION TO
<u>RESOLVE DISCOVERY DISPUTES</u>**

Pursuant to ¶ 12(a) of the Scheduling Order (D.I. 45), Plaintiff Viasat, Inc.

("Viasat") hereby moves the Court to compel Defendants to comply with

Paragraphs 3 and 4 of the Scheduling Order by producing "all agreements,

including licenses, transferring any interest in any asserted patent" as soon as

possible and no later than July 18, 2025.

Viasat further moves the Court to adopt Viasat's proposed protective order,

which includes an acquisition bar and a complete prosecution bar that would

prevent persons viewing protected material from participating in various post-grant

proceedings defending validity.  A true and correct copy of Viasat's proposal is

attached as Exhibit 4; a true and correct copy of a redline between I.V. and

Viasat's proposals is attached as Exhibit 5.

WHEREFORE, Viasat asks the Court to grant this motion and enter the

proposed order attached as Exhibit 3.

|  |  |
|---|---|
|  | /s/ Nathan R. Hoeschen |
|  | Karen E. Keller (No. 4489) |
|  | Nathan R. Hoeschen (No. 6232) |
| OF COUNSEL: | SHAW KELLER LLP |
| Matthew S. Warren | I.M. Pei Building |
| Erika H. Warren | 1105 North Market Street, 12th Floor |
| Madeline A. Woodall | Wilmington, DE 19801 |
| WARREN KASH WARREN LLP | (302) 298-0700 |
| 2261 Market Street, No. 606 | kkeller@shawkeller.com |
| San Francisco, CA, 94114 | nhoeschen@shawkeller.com |
| (415) 895-2940 | *Attorneys for Plaintiff* |

Dated: July 8, 2025