IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIASAT, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INTELLECTUAL VENTURES I LLC )<br>and INTELLECTUAL VENTURES II )<br>LLC, )<br>)<br>Defendants. ) | C.A. No. 25-056-CFC |

**PLAINTIFF VIASAT, INC.'S 7.1.1 STATEMENT**

Pursuant to ¶ 12(a) of the Scheduling Order (D.I. 45) and D. Del. LR 7.1.1, the undersigned counsel certifies that reasonable efforts were made to reach agreement on the subject of this discovery dispute including oral communications between Delaware counsel for both parties on June 4, 2025 and June 20, 2025.

OF COUNSEL:
Matthew S. Warren
Erika H. Warren
Madeline A. Woodall
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, CA, 94114
(415) 895-2940

Dated: July 8, 2025

/s/ Nathan R. Hoeschen
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Plaintiff*