IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIASAT, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INTELLECTUAL VENTURES I LLC )<br>and INTELLECTUAL VENTURES II )<br>LLC, )<br>)<br>Defendants. ) | C.A. No. 25-056-CFC |

## **CERTIFICATE OF COMPLIANCE**

I hereby confirm that Viasat, Inc.'s Letter to The Honorable Colm F. Connolly regarding Discovery Dispute complies with the type and number limitations set forth in the Court's Scheduling Order (D.I. 45). I certify that this document is no more than 3 pages, and is in 14-point Times New Roman font.

/s/ Nathan R. Hoeschen
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Plaintiff*

Dated: July 8, 2025