# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VIASAT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 25-056-CFC |
| | ) | |
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER

At Wilmington this ___ day of _____, 2025, having considered Plaintiff's Letter of July 8, 2025, along with the related briefing, all other matters of record filed with the Court in this case, any argument at hearing of this matter, and such other materials the Court may consider,

**IT IS HEREBY ORDERED THAT:**

1. As soon as possible and no later than July 18, 2025, defendants shall comply fully with Paragraphs 3 and 4 of the scheduling order governing this action, D.I. 45, and shall certify their compliance to the Court. As part of this compliance, defendants shall produce to plaintiff all agreements, including licenses, transferring an interest in any asserted patent.

– 2 –

2. Viasat's Proposed Protective Order, attached as Exhibit 4 to this Opening Letter, is adopted.

**IT IS SO ORDERED.**

_____
The Honorable Colm F. Connolly