IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VIASAT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 25-056-CFC |
| | ) | |
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 10, 2025, the following document was served on the persons listed below in the manner indicated:

1. Plaintiff Viasat, Inc.'s Objections and Responses to Defendants' First Set of Requests for Production to Plaintiff

2. Plaintiff Viasat, Inc.'s Objections and Responses to Defendants' First Set of Interrogatories to Plaintiff

**BY MAIL:**

Brian E. Farnan
Michael J. Farnan
FARNAN LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300

Paul G. Williams
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street, N.E.
Suite 2445
Atlanta, GA 30309
(404) 260-6080

Jonathan K. Waldrop
Darcy L. Jones
Marcus A. Barber
John Downing
Heather S. Kim
ThucMinh Nguyen
KASOWITZ BENSON TORRES LLP
333 Twin Dolphin Dr., Suite 200
Redwood Shores, CA 94065
(650) 453-5170

Also on July 10, 2025, courtesy copies of Plaintiff Viasat, Inc.'s Objections and Responses to Defendants' First Set of Interrogatories to Plaintiff by electronic mail to counsel for defendants Intellectual Ventures I LLC and Intellectual Ventures II LLC at the following addresses:

John Downing, jdowning@kasowitz.com;
Kasowitz Team, intellectualventures@kasowitz.com;
Brian Farnan, bfarnan@farnanlaw.com; and
Michael Farnan, mfarnan@farnanlaw.com

|  |  |
|---|---|
| OF COUNSEL:<br>Matthew S. Warren<br>Erika H. Warren<br>Madeline A. Woodall<br>WARREN KASH WARREN LLP<br>2261 Market Street, No. 606<br>San Francisco, CA, 94114<br>(415) 895-2940 | /s/ Nathan R. Hoeschen<br>Karen E. Keller (No. 4489)<br>Nathan R. Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br>*Attorneys for Plaintiff* |

Dated: July 15, 2025