

Karen E. Keller
I.M. Pei Building
1105 North Market St., 12th Floor
Wilmington, DE 19801
(302) 298-0702
kkeller@shawkeller.com

July 31, 2025

**BY CM/ECF & HAND DELIVERY**
The Honorable Colm F. Connolly
United States District Judge
844 N. King Street
Wilmington, DE 19801

    Re:    *Viasat, Inc. v. Intellectual Ventures I LLC et al.*,
           C.A. No. 25-056-CFC

Dear Chief Judge Connolly:

    I write to update the Court on events in the above-captioned action concerning Viasat's attempts to proceed as efficiently as possible to resolution of the pending claims. First, this past Friday, Intellectual Ventures I LLC ("I.V.") filed counterclaims on both the '326 and '469 patents, putting this case into a posture similar if not equivalent to a patentee-initiated infringement case. D.I. 65. Second, Viasat asked I.V. whether, in light of the Court's comments during the hearing on July 11, 2025, I.V. would stipulate to stay its claims in the two Texas actions regarding Viasat's products. I.V. declined. Third, in the case before the Eastern District of Texas, Judge Mazzant yesterday denied American Airlines' motion to sever and stay claims regarding Viasat's products. (Exh. A).

    At the hearing on July 11, 2025, the Court noted that it would be open to having direct discussions with Judges Mazzant and Albright, if the parties "think that would be helpful." D.I. 60 at 121:13; see id. at 10-13. To the extent the Court was asking for the parties' views on this question, Viasat believes that it would be helpful for the Court to discuss this matter with Judge Albright, who presides over claims concerning both Viasat products at issue here, and Anuvu products at issue in Anuvu's action before this Court, C.A. No. 25-124-CFC.

    We are available at the Court's convenience for any questions.

SHAW KELLER LLP
The Honorable Colm F. Connolly
Page 2

                                      Respectfully submitted,

                                      */s/ Karen E. Keller*

                                      Karen E. Keller (No. 4489)

cc:    Clerk of the Court (by CM/ECF & Hand Delivery)
        All counsel of record (by CM/ECF & Email)