# Exhibit A

| Event | Original | D | Amended | D |
|---|---|---|---|---|
| | | | | |
| Exchange of Rule 26(a)(1) Initial Disclosures | Thursday, May 22, 2025 | | Thursday, May 22, 2025 | |
| Application to Court for Protective Order | Thursday, May 29, 2025 | 7 | Thursday, May 29, 2025 | 7 |
| | | | | |
| Infringement Contentions, with Accompanying Document Production | Thursday, June 12, 2025 | 14 | Thursday, August 21, 2025 | 84 |
| Invalidity Contentions, with Accompanying Document Production | Thursday, August 14, 2025 | 63 | Thursday, September 18, 2025 | 28 |
| Supplement responses to I.V. interrogatories five and ten. | | | Thursday, September 18, 2025 | |
| Exchange List of Claim Terms and Proposed Constructions | Thursday, August 28, 2025 | 14 | Thursday, October 2, 2025 | 14 |
| Joinder of Other Parties and Amendment of Pleadings | Thursday, September 11, 2025 | 14 | Thursday, October 16, 2025 | 14 |
| Joint Claim Construction Chart | Thursday, September 18, 2025 | 7 | Thursday, October 23, 2025 | 7 |
| Plaintiff's/Counterclaim Defendants' Opening Claim Construction Brief | Thursday, October 16, 2025 | 28 | Thursday, November 13, 2025 | 21 |
| Defendants/Counterclaim Plaintiff's Answering Claim Construction Brief | Thursday, November 13, 2025 | 28 | Thursday, December 4, 2025 | 21 |
| Plaintiff/Counterclaim Defendants' Reply Claim Construction Brief | Thursday, December 11, 2025 | 28 | Monday, December 22, 2025 | 18 |
| Defendants/Counterclaim Plaintiff's Sur-reply Claim Construction Brief | Thursday, January 8, 2026 | 28 | Friday, January 9, 2026 | 18 |
| Joint Claim Construction Brief | Thursday, January 22, 2026 | 14 | Thursday, January 22, 2026 | 13 |
| Meet and Confer Confirmation and Amended Claim Construction Chart | Thursday, January 29, 2026 | 7 | Thursday, January 29, 2026 | 7 |
| Hearing on Claim Construction | Thursday, March 12, 2026 | 42 | Thursday, March 12, 2026 | 42 |
| Document Production Cutoff | Thursday, April 9, 2026 | 28 | Thursday, April 9, 2026 | 28 |
| Fact Discovery Cutoff | Thursday, June 4, 2026 | 56 | Thursday, June 4, 2026 | 56 |
| Initial Expert Report for party with initial burden of proof | Thursday, July 16, 2026 | 42 | Thursday, July 16, 2026 | 42 |
| Expert Report/Supplemental Disclosure to Contradict or Rebut Evidence on the same matter identified by another party | Thursday, August 27, 2026 | 42 | Thursday, August 27, 2026 | 42 |
| Reply Expert Report from the party with the initial burden of proof | Thursday, October 8, 2026 | 42 | Thursday, October 8, 2026 | 42 |
| Deadline to Complete Expert Depositions | Thursday, November 12, 2026 | 35 | Thursday, November 12, 2026 | 35 |
| Deadline for Case Dispositive Motions | Thursday, December 17, 2026 | 35 | Thursday, December 17, 2026 | 35 |
| Response Briefs to Case Dispositive Motions | Thursday, January 28, 2027 | 42 | Thursday, January 28, 2027 | 42 |
| Reply Briefs to Case Dispositive Motions | Thursday, February 25, 2027 | 28 | Thursday, February 25, 2027 | 28 |
| Joint Proposed Final Pretrial Order, Jury Instructions, Voir Dire, and Special Verdict Form | Thursday, May 6, 2027 | 70 | Thursday, May 6, 2027 | 70 |
| Rule 16(e) Final Pretrial Conference | Thursday, June 10, 2027 | 35 | Thursday, June 10, 2027 | 35 |
| Trial | Monday, July 12, 2027 | 32 | Monday, July 12, 2027 | 32 |