IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIASAT, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 25-056-CFC |
| ) | |
| INTELLECTUAL VENTURES I LLC ) | **JURY TRIAL DEMANDED** |
| and INTELLECTUAL VENTURES II ) | |
| LLC, ) | |
| ) | |
| Defendants. ) | |

## ANSWER TO COUNTERCLAIMS

Plaintiff and Counterclaim-Defendant Viasat, Inc. ("Viasat") answers the Counterclaims of Defendants and Counterclaim-Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC ("Counterclaim-Plaintiffs") as follows:

## THE PARTIES

1. Viasat admits the allegations in this paragraph.

2. Viasat admits the allegations in this paragraph.

3. Viasat denies the allegations in this paragraph.

4. Viasat denies the allegations in this paragraph.

5. Viasat admits the allegations in this paragraph.

## JURISDICTION AND VENUE

6.  Viasat admits that this is an action for patent infringement and that this Court has subject matter jurisdiction, but denies the remaining allegations in this paragraph.

## FACTUAL BACKGROUND

7.  Viasat is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and therefore denies them.

8.  Viasat is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph and therefore denies them.

9.  Viasat is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and therefore denies them.

10. Viasat admits that it offers various types of airline and avionics related services and technologies to its customers, partners, vendors, and third parties. Viasat admits that its products and services utilize and support various technologies. Viasat admits that some of its products include functionality providing internet connectivity to airline passengers. Viasat is without knowledge

or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph and therefore denies them.

## THE PATENTS-IN-SUIT

### U.S. Patent No. 8,027,326

11. Viasat admits that the '326 patent is entitled "Method and System for High Data Rate Multi-Channel WLAN Architecture" and bears an issue date of September 27, 2011, but denies the remaining allegations in this paragraph.

12. Viasat denies the allegations in this paragraph, and specifically denies that it has committed any acts of infringement.

13. Viasat denies the allegations in this paragraph.

### U.S. Patent No. 7,324,469

14. Viasat admits that the '469 patent is entitled "Satellite Distributed High Speed Internet Access" and bears an issue date of January 29, 2008, but denies the remaining allegations in this paragraph.

15. Viasat denies the allegations in this paragraph, and specifically denies that it has committed any acts of infringement.

16. Viasat denies the allegations in this paragraph.

## COUNTERCLAIM COUNT I

*(Viasat's Infringement of U.S. Patent No. 8,027,326)*

17. Viasat incorporates by reference paragraphs 1 through 16 above as if fully set forth herein.

18. Viasat denies the allegations in this paragraph, and specifically denies that it has committed any acts of infringement.

19. Viasat denies the allegations in this paragraph, and specifically denies that it has committed any acts of infringement.

20. Viasat denies the allegations in this paragraph.

21. Viasat denies the allegations in this paragraph.

22. Viasat denies the allegations in this paragraph, and specifically denies that it has committed any acts of infringement.

23. Viasat admits that it had actual knowledge of the '326 patent not later than the filing of its Complaint for Declaratory Judgment, but denies the remaining allegations of this paragraph.

24. Viasat denies the allegations in this paragraph, and specifically denies that it has committed any acts of infringement.

25. Viasat denies the allegations in this paragraph, and specifically denies that it has committed any acts of infringement.

26. Viasat denies the allegations in this paragraph, and specifically denies that it has committed any acts of infringement.

27. Viasat denies the allegations in this paragraph, and specifically denies that it has committed any acts of infringement.

28. Viasat admits that footnote 1 of Exhibit 3 to the Answer and Counterclaims states that "Plaintiffs do not accuse Viasat Systems and Services" that meet certain criteria. Viasat is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph and therefore denies them.

29. Viasat denies the allegations in this paragraph, and specifically denies that it has committed any acts of infringement.

30. Viasat denies the allegations in this paragraph, and specifically denies that it has committed any acts of infringement.

31. Viasat is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and therefore denies them.

32. Viasat denies the allegations in this paragraph, and specifically denies that it has committed any acts of infringement.

33. Viasat denies the allegations in this paragraph, and specifically denies that it has committed any acts of infringement.

34. Viasat denies the allegations in this paragraph, and specifically denies that it has committed any acts of infringement.

## COUNTERCLAIM COUNT II

*(Viasat's Infringement of U.S. Patent No. 7,324,469)*

35. Viasat incorporates by reference paragraphs 1 through 33 above as if fully set forth herein.

36. Viasat denies the allegations in this paragraph, and specifically denies that it has committed any acts of infringement.

37. Viasat denies the allegations in this paragraph, and specifically denies that it has committed any acts of infringement.

38. Viasat denies the allegations in this paragraph, and specifically denies that it has committed any acts of infringement.

39. Viasat denies the allegations in this paragraph, and specifically denies that it has committed any acts of infringement.

40. Viasat denies the allegations in this paragraph, and specifically denies that it has committed any acts of infringement.

41. Viasat denies the allegations in this paragraph, and specifically denies that it has committed any acts of infringement.

42. Viasat admits that it had actual knowledge of the '469 patent not later than the filing of its Complaint for Declaratory Judgment, but denies the remaining allegations of this paragraph.

43. Viasat denies the allegations in this paragraph, and specifically denies that it has committed any acts of infringement.

44. Viasat admits that footnote 1 of Exhibit 4 to the Answer and Counterclaims states that "Plaintiffs do not accuse the Viasat Systems and Services" that meet certain criteria. Viasat is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph and therefore denies them.

45. Viasat denies the allegations in this paragraph.

46. Viasat denies the allegations in this paragraph.

47. Viasat denies the allegations in this paragraph, and specifically denies that it has committed any acts of infringement.

48. Viasat denies the allegations in this paragraph, and specifically denies that it has committed any acts of infringement.

49. Viasat is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and therefore denies them.

50. Viasat denies the allegations in this paragraph, and specifically denies that it has committed any acts of infringement.

51. Viasat denies the allegations in this paragraph, and specifically denies that it has committed any acts of infringement.

52. Viasat denies the allegations in this paragraph, and specifically denies that it has committed any acts of infringement.

## PRAYER FOR RELIEF

Viasat incorporates by reference the above paragraphs as if fully set forth herein. Viasat denies that Counterclaim-Plaintiffs are entitled to the relief requested in their Prayer for Relief and denies the allegations therein.

## AFFIRMATIVE DEFENSES

Viasat may amend this Answer to add affirmative defenses, including allegations of inequitable conduct, and/or any other defenses currently unknown to Viasat, as they become known throughout the course of this action. Assertion of a defense is not a concession that Viasat bears the burden of proof.

## FIRST AFFIRMATIVE DEFENSE

*(Non-Infringement)*

Counterclaim-Plaintiffs are not entitled to any relief against Viasat because Viasat does not and has not directly or indirectly infringed, either literally or under

the doctrine of equivalents, any valid and enforceable claim of the '326 and '469 patents.

## SECOND AFFIRMATIVE DEFENSE

*(Invalidity)*

Each and every asserted claim of the '326 and '469 patents are invalid for failure to meet the requirements of Title 35, United States Code, including but not limited to, 35 U.S.C. §§ 101, 102, 103, and 112, and the rules, regulations, and laws pertaining thereto, as well as obviousness type double patenting.

## THIRD AFFIRMATIVE DEFENSE

(*Limitation of Damages*)

The relief sought by Counterclaim-Plaintiffs is barred or limited by 35 U.S.C. §§ 286, 287, and 288.  Counterclaim-Plaintiffs are not entitled to damages for any activities before the filing of this action.

## FOURTH AFFIRMATIVE DEFENSE

(*Patent Exhaustion*)

Counterclaim-Plaintiffs' claims for relief are barred in whole or in part by express or implied license or patent exhaustion.

## FIFTH AFFIRMATIVE DEFENSE

(*Ensnarement*)

Counterclaim-Plaintiffs' claims for relief under the doctrine of equivalents are barred in whole or in part by the doctrine of ensnarement.

## REQUEST FOR RELIEF

WHEREFORE, Viasat respectfully requests that the Court:

(A)  Enter judgment that Viasat does not infringe any claims of the '326 and '469 patents under any theory;

(B)  Enter judgment that the '326 and '469 patents are invalid;

(C)  Dismiss Counterclaim-Plaintiffs' claims against Viasat with prejudice;

(D)  Find that this is an exceptional case under 35 U.S.C. § 285; and

(E)  Award Viasat its costs and attorneys' fees in this action; and

(F)  Award Google such other and further relief as the Court deems just and proper.

## JURY DEMAND

Viasat demands a jury trial on all issues and claims so triable.

| | |
|---|---|
| OF COUNSEL:<br>Matthew S. Warren<br>Erika H. Warren<br>Madeline A. Woodall<br>WARREN KASH WARREN LLP<br>2261 Market Street, No. 606<br>San Francisco, CA, 94114<br>(415) 895-2940<br><br>Dated: August 15, 2025 | */s/ Nathan R. Hoeschen*<br>Karen E. Keller (No. 4489)<br>Nathan R. Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br>*Attorneys for Plaintiff* |