IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIASAT, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 25-056-CFC |
| | ) |
| INTELLECTUAL VENTURES I LLC | ) |
| and INTELLECTUAL VENTURES II | ) |
| LLC, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 19, 2025, the following documents were served on IntellectualVentures@kasowitz.com and on the persons listed below in the manner indicated:

1. First Set of Interrogatories by Plaintiff Viasat, Inc. to Defendants Intellectual Ventures I LLC and Intellectual Ventures II LLC

2. Second Set of Requests for Production by Plaintiff Viasat, Inc. to Defendants Intellectual Ventures I LLC and Intellectual Ventures II LLC

**BY EMAIL**

Brian E. Farnan
Michael J. Farnan
FARNAN LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

John Downing
KASOWITZ BENSON TORRES LLP
333 Twin Dolphin Dr., Suite 200
Redwood Shores, CA 94065
(650) 453-5170
jdowning@kasowitz.com

|  |  |
|---|---|
| OF COUNSEL:<br>Matthew S. Warren<br>Erika H. Warren<br>Madeline A. Woodall<br>WARREN KASH WARREN LLP<br>2261 Market Street, No. 606<br>San Francisco, CA, 94114<br>(415) 895-2940 | */s/ Nathan R. Hoeschen*<br>Karen E. Keller (No. 4489)<br>Nathan R. Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br>*Attorneys for Plaintiff* |

Dated: August 20, 2025