IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIASAT, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 25-056-CFC |
| | ) |
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | ) ) ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 14, 2025, the following document was served on IntellectualVentures@kasowitz.com and on the persons listed below in the manner indicated:

1. Viasat's Preliminary Invalidity Contentions

**BY EMAIL**

Brian E. Farnan
Michael J. Farnan
FARNAN LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

John Downing
KASOWITZ BENSON TORRES LLP
333 Twin Dolphin Dr., Suite 200
Redwood Shores, CA 94065
(650) 453-5170
jdowning@kasowitz.com

|  |  |
|---|---|
| | /s/ Nathan R. Hoeschen |
| | Karen E. Keller (No. 4489) |
| | Nathan R. Hoeschen (No. 6232) |
| | SHAW KELLER LLP |
| OF COUNSEL: | I.M. Pei Building |
| Matthew S. Warren | 1105 North Market Street, 12th Floor |
| Erika H. Warren | Wilmington, DE 19801 |
| Madeline A. Woodall | (302) 298-0700 |
| WARREN KASH WARREN LLP | jshaw@shawkeller.com |
| 2261 Market Street, No. 606 | kkeller@shawkeller.com |
| San Francisco, CA, 94114 | nhoeschen@shawkeller.com |
| (415) 895-2940 | *Attorneys for Plaintiff* |

Dated: August 28, 2025

2