IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIASAT, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 25-056-CFC |
| | ) |
| INTELLECTUAL VENTURES I LLC | ) |
| and INTELLECTUAL VENTURES II | ) |
| LLC, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 28, 2025, the following document was served on IntellectualVentures@kasowitz.com and on the persons listed below in the manner indicated:

1. Viasat's Identification of Claim Terms and Proposed Constructions

**BY EMAIL**

| | |
|---|---|
| Brian E. Farnan | Paul G. Williams |
| Michael J. Farnan | KASOWITZ BENSON TORRES LLP |
| FARNAN LLP | 1230 Peachtree Street, N.E. |
| 919 North Market Street, 12th Floor | Suite 2445 |
| Wilmington, DE 19801 | Atlanta, GA 30309 |
| (302) 777-0300 | (404) 260-6080 |
| bfarnan@farnanlaw.com | pwilliams@kasowitz.com |
| mfarnan@farnanlaw.com | |

Jonathan K. Waldrop
Darcy L. Jones
Marcus A. Barber
John Downing
Heather S. Kim
ThucMinh Nguyen
KASOWITZ BENSON TORRES LLP
333 Twin Dolphin Dr., Suite 200
Redwood Shores, CA 94065
(650) 453-5170
jwaldrop@kasowitz.com
djones@kasowitz.com
mbarber@kasowitz.com
jdowning@kasowitz.com
hkim@kasowitz.com
tnguyen@kasowitz.com

OF COUNSEL:
Matthew S. Warren
Erika H. Warren
Madeline A. Woodall
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, CA, 94114
(415) 895-2940

Dated: August 29, 2025

/s/ Karen E. Keller
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Plaintiff*