IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIASAT, INC.,<br><br>               Plaintiff,<br>v.<br><br>INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>               Defendants. | C.A. No. 25-56-CFC |

## STIPULATION TO EXTEND TIME

The parties hereby stipulate and agree, subject to the approval of the Court, that the deadline to submit a joint claim construction chart (*see* D.I. 45 at ¶15) is extended through and including October 2, 2025. No other deadlines are affected by this stipulation.

| | |
|---|---|
| SHAW KELLER LLP | FARNAN LLP |
| */s/ Nathan R. Hoeschen* | */s/ Brian E. Farnan* |
| Karen E. Keller (No. 4489) | Brian E. Farnan (Bar No. 4089) |
| Nathan R. Hoeschen (No. 6232) | Michael J. Farnan (Bar No. 5165) |
| I.M. Pei Building | 919 North Market Street, 12th Floor |
| 1105 North Market Street, 12th Floor | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 777-0300 |
| (302)298-0700 | bfarnan@farnanlaw.com |
| kkeller@shawkeller.com | mfarnan@farnanlaw.com |
| nhoeschen@shawkeller.com | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | |

Dated: September 18, 2025

IT IS SO ORDERED this ____ day of ____ 2025.

_____
The Honorable Colm F. Connolly