# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIASAT, INC.,<br><br>             Plaintiff,<br><br>v.<br><br>INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC,<br><br>             Defendants. | C.A. No. 25-cv-56-CFC |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 9, 2025, a copy of Declaratory Judgment Defendants' Amended Preliminary Infringement Contentions was served on the following as indicated:

<u>Via E-Mail</u>
Karen E. Keller
Nathan R. Hoeschen
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
kkeller@shawkeller.com
nhoeschen@shawkeller.com

*Attorneys for Plaintiff*

<u>Via E-Mail</u>
Matthew S. Warren
Erika H. Warren
Madeline A. Woodall
WARREN KASH WARREN LLP
matt@warrenkashwarren.com
erika@warrenkashwarren.com
madeline@warrenkashwarren.com

*Attorneys for Plaintiff*

Dated: October 9, 2025

Of Counsel:

Jonathan K. Waldrop
Darcy L. Jones
Marcus A. Barber
John Downing
Heather S. Kim
ThucMinh Nguyen
KASOWITZ BENSON TORRES LLP
333 Twin Dolphin Dr., Suite 200

Respectfully submitted,

FARNAN LLP

*/s/ Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Redwood Shores, CA 94065  
Tel: (650) 453-5170  
Fax: (650) 362-9302  
JWaldrop@kasowitz.com  
DJones@kasowitz.com  
MBarber@kasowitz.com  
JDowning@kasowitz.com  
HKim@kasowitz.com  
TNguyen@kasowitz.com  

Paul G. Williams  
KASOWITZ BENSON TORRES LLP  
1230 Peachtree Street, N.E., Suite 2445  
Atlanta, Georgia 30309  
Tel: (404) 260-6080  
Fax: (404) 260-6081  
PWilliams@kasowitz.com  

Attorneys for Defendants  
*Intellectual Ventures I LLC and Intellectual Ventures II LLC*