# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIASAT, INC., <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, <br><br> Defendants/Counterclaim-Plaintiffs. | C.A. No. 25-56-CFC |
| ANUVU CORP., <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, <br><br> Defendants/Counterclaim-Plaintiffs. | C.A. No. 25-124-CFC |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 11, 2025, a copy of Viasat and Anuvu's Identification of Claim Terms and Proposed Constructions was served on the following counsel via electronic means:

Brian E. Farnan
Michael J. Farnan
Farnan LLP
919 N. Market Street, 12th Floor

Wilmington, DE 19801
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Jonathan K. Waldrop
Darcy L. Jones
Marcus A. Barber
John Downing
Heather S. Kim
ThucMinh Nguyen
Kasowitz Benson Torres LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
jwaldrop@kasowitz.com
djones@kasowitz.com
mbarber@kasowitz.com
jdowning@kasowitz.com
hkim@kasowitz.com
tnguyen@kasowitz.com

Paul G. Williams
Kasowitz Benson Torres LLP
1230 Peachtree Street, N.E., Suite 2445
Atlanta, GA 30309
pwilliams@kasowitz.com

Date: December 12, 2025

PHILLIPS MCLAUGHLIN & HALL, P.A.

*/s/ David A. Bilson*
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
1200 North Broom Street
Wilmington, DE 19806-4204
Telephone: (302) 655-4200
Facsimile: (302) 655-4210
jcp@pmhdelaw.com
dab@pmhdelaw.com