IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIASAT, INC., | ) |
| | ) |
| Plaintiff/Counter-Defendant, | ) |
| | ) |
| | ) C.A. No. 25-056-CFC |
| v. | ) |
| | ) |
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | ) |
| | ) |
| Defendants/Counter-Plaintiff. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 16, 2025, the following document was served on intellectualventures@kasowitz.com and on the persons listed below in the manner indicated:

1. Supplemental Disclosures Under Fed. R. Civ. P. 26(a)(1) and the Delaware Default Standard for Discovery of Plaintiff and Counterclaim-Defendant Viasat, Inc.

**BY EMAIL**

Brian E. Farnan
Michael J. Farnan
FARNAN LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

John Downing
KASOWITZ BENSON TORRES LLP
333 Twin Dolphin Dr., Suite 200
Redwood Shores, CA 94065
(650) 453-5170
jdowning@kasowitz.com

**BY MAIL**

| | |
|---|---|
| Jonathan K. Waldrop | Paul G. Williams |
| Darcy L. Jones | KASOWITZ LLP |
| Marcus A. Barber | 1230 Peachtree Street, Northeast |
| John Downing | Suite 2445 |
| Heather S. Kim | Atlanta, Georgia, 30309 |
| ThucMinh Nguyen | Brian E. Farnan |
| KASOWITZ LLP | Michael J. Farnan |
| 101 California Street, Suite 3950 | FARNAN LLP |
| San Francisco, California, 94111 | 919 North Market Street, 12th Floor |
| | Wilmington, Delaware, 19801 |

Brian E. Farnan
Michael J. Farnan
FARNAN LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300

| | |
|---|---|
| | /s/ Karen E. Keller |
| | Karen E. Keller (No. 4489) |
| | Nathan R. Hoeschen (No. 6232) |
| OF COUNSEL: | SHAW KELLER LLP |
| Matthew S. Warren | I.M. Pei Building |
| Erika H. Warren | 1105 North Market Street, 12th Floor |
| Madeline A. Woodall | Wilmington, DE 19801 |
| WARREN KASH WARREN LLP | (302) 298-0700 |
| 2261 Market Street, No. 606 | kkeller@shawkeller.com |
| San Francisco, CA, 94114 | nhoeschen@shawkeller.com |
| (415) 895-2940 | *Attorneys for Viasat, Inc.* |

Dated: December 16, 2025

2