IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VIASAT, INC., | ) | |
| | ) | |
| Plaintiff/Counter Defendant, | ) | |
| | ) | |
| | ) | C.A. No. 25-056-CFC |
| v. | ) | |
| | ) | |
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants/Counter-Plaintiff. | ) | |
| | ) | |

## VIASAT, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS UNDER 35 U.S.C. § 101

Pursuant to Fed. R. Civ. P. 12(c) and 35 U.S.C. § 101, plaintiff Viasat, Inc.

("Viasat") hereby moves for judgment on the pleadings that the asserted claims of

U.S. Patent No. 7,324,469 are unpatentable.  The grounds for this motion are set

forth in the concurrently filed opening brief and accompanying papers, briefing

responsive to those papers, all other matters of record filed with the Court in this

case, any argument at hearing of this matter, and such other materials the Court

may consider.

WHEREFORE, Viasat asks the Court to enter the attached proposed order granting this motion.

/s/ Nathan R. Hoeschen
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
OF COUNSEL:                                  I.M. Pei Building
Matthew S. Warren                            1105 North Market Street, 12th Floor
Erika H. Warren                              Wilmington, DE 19801
Madeline A. Woodall                          (302) 298-0700
WARREN KASH WARREN LLP                       kkeller@shawkeller.com
2261 Market Street, No. 606                  nhoeschen@shawkeller.com
San Francisco, CA, 94114                     *Attorneys for Plaintiff/Counterclaim-
(415) 895-2940                               Defendant Viasat, Inc.*

Dated: January 6, 2026