IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VIASAT, INC., | ) | |
| | ) | |
| Plaintiff/Counter Defendant, | ) | |
| | ) | |
| | ) | |
| v. | ) | C.A. No. 25-056-CFC |
| | ) | |
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants/Counter-Plaintiff. | ) | |
| | ) | |

**PROPOSED ORDER GRANTING VIASAT, INC.'S MOTION
FOR JUDGMENT ON THE PLEADINGS UNDER 35 U.S.C. § 101**

At Wilmington, this _____ day of _____, 2026, having considered

plaintiff and counterclaim-defendant Viasat, Inc.'s Motion for Judgment on the

Pleadings Under 35 U.S.C. § 101, IT IS HEREBY ORDERED that the motion is

GRANTED.  Claims 24, 25, 26, 28, and 32 of U.S. Patent No. 7,324,469 are

UNPATENTABLE under 35 U.S.C. § 101 and Counterclaim-Plaintiffs' claims for

infringement of those claims are DISMISSED with Prejudice.

_____
Hon. Colm F. Connolly