IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIASAT, INC., ) | |
| ) | |
| Plaintiff/Counterclaim-Defendant, ) | |
| ) | |
| v. ) | C.A. No. 25-056-CFC |
| ) | |
| INTELLECTUAL VENTURES I LLC ) | |
| and INTELLECTUAL VENTURES II ) | |
| LLC, ) | |
| ) | |
| Defendants/Counterclaim-Plaintiffs. ) | |

**DECLARATION OF ERIKA H. WARREN
IN SUPPORT OF VIASAT, INC.'S MOTION FOR
<u>JUDGMENT ON THE PLEADINGS UNDER 35 U.S.C. § 101</u>**

I, Erika H. Warren, declare under 28 U.S.C. § 1746:

    1.    I am an attorney licensed to practice in the State of California and admitted *pro hac vice* to this action. I am a partner at Warren Kash Warren LLP, counsel for plaintiff and counterclaim-defendant Viasat, Inc. in this action. I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently thereto.

    2.    Attached as Exhibit 1 is a true and correct copy of U.S. Patent No. 7,324,469, which also appears as D.I. 1-2 in this action.

– 1 –

3. Attached as Exhibit 2 is a true and correct copy of a June 15, 2007, Non-Final Rejection in the file history of patent application 10/950,860 which resulted in U.S. Patent No. 7,324,469, which I retrieved from https://data.uspto.gov/patent-file-wrapper/search/details/10950860/documents on January 5, 2026.  Defendants/counterclaim-plaintiffs produced a copy of this document bearing Bates numbers IV-VIASAT-0000491 to IV-VIASAT-0000495.

4. Attached as Exhibit 3 is a true and correct copy of United States Patent No. 6,894,990 to Agarwal et al., which I retrieved from the United States Patent and Trademark Office, Patent Public Search Basic (using URL https://ppubs.uspto.gov/basic/), on January 5, 2026.

5. Attached as Exhibit 4 is a true and correct copy of the September 17, 2007, Applicant Arguments/Remarks Made in an Amendment, which I retrieved from https://data.uspto.gov/patent-file-wrapper/search/details/10950860/documents on January 5, 2026.  Defendants/counterclaim-plaintiffs produced a copy of this document bearing Bates numbers IV-VIASAT-0000510 to IV-VIASAT-0000524.

6. Attached as Exhibit 5 is a true and correct copy of the September 17, 2007, Claims, which I retrieved from https://data.uspto.gov/patent-file-wrapper/search/details/10950860/documents on

January 5, 2026.  Defendants/counterclaim-plaintiffs produced a copy of this document bearing Bates numbers IV-VIASAT-0000503 to IV-VIASAT-0000509.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 6, 2026.

_____
Erika H. Warren