IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VIASAT, INC., | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | |
| | ) | C.A. No. 25-056-CFC |
| v. | ) | |
| | ) | |
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | ) | |
| | ) | |
| Defendants/Counter-Plaintiff, | ) | |
| | ) | |
| ANUVU CORP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 25-124-CFC |
| | ) | |
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT CLAIM CONSTRUCTION CHART**

Pursuant to paragraph 15 of the scheduling order (D.I. 80 in C.A. No. 25-056; D.I. 28 in C.A. No. 25-124), the parties hereby respectfully submit the attached joint claim construction chart for U.S. Patent No. 7,324,469 ("the '469 Patent"). A text-searchable version of the '469 Patent is attached as Exhibit A.

– 1 –

| | |
|---|---|
| SHAW KELLER LLP | FARNAN LLP |
| */s/ Nathan R. Hoeschen* | */s/ Michael J. Farnan* |
| Karen E. Keller (No. 4489) | Brian E. Farnan (No. 4089) |
| Nathan R. Hoeschen (No. 6232) | Michael J. Farnan (No. 5165) |
| Virginia K. Lynch (No. 7423) | 919 North Market Street, 12th Floor |
| I.M. Pei Building | Wilmington, DE 19801 |
| 1105 North Market Street, 12th Floor | (302) 777-0300 |
| Wilmington, DE 19801 | bfarnan@farnanlaw.com |
| (302) 298-0700 | mfarnan@farnanlaw.com |
| kkeller@shawkeller.com | *Attorneys for Defendants* |
| nhoeschen@shawkeller.com | |
| glynch@shawkeller.com | OF COUNSEL: |
| *Attorneys for Viasat, Inc.* | Paul G. Williams |
| | KASOWITZ BENSON TORRES LLP |
| OF COUNSEL: | 1230 Peachtree Street, N.E. |
| Matthew S. Warren | Suite 2445 |
| Erika H. Warren | Atlanta, GA 30309 |
| Madeline A. Woodall | (404) 260-6080 |
| WARREN KASH WARREN LLP | pwilliams@kasowitz.com |
| 2261 Market Street, No. 606 | |
| San Francisco, CA, 94114 | Jonathan K. Waldrop |
| (415) 895-2940 | Darcy L. Jones |
| | Marcus A. Barber |
| | John Downing |
| | Heather S. Kim |
| | ThucMinh Nguyen |
| | KASOWITZ BENSON TORRES LLP |
| | 333 Twin Dolphin Dr., Suite 200 |
| | Redwood Shores, CA 94065 |
| | (650) 453-5170 |
| | jwaldrop@kasowitz.com |
| | djones@kasowitz.com |
| | mbarber@kasowitz.com |
| | jdowning@kasowitz.com |
| | hkim@kasowitz.com |
| | tnguyen@kasowitz.com |

PHILLIPS MCLAUGHLIN & HALL P.A.

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (No. 110)
David A. Bilson (No. 4986)
1200 North Broom Street
Wilmington, Delaware 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com
*Attorneys for Plaintiff Anuvu Corp.*

OF COUNSEL:
M. Brett Johnson
Ahtoosa A. Dale
Chaoxuan Charles Liu
WINSTON & STRAWN LLP
2121 North Pearl Street, Suite 900
Dallas, Texas 75201
(214) 453-6500
mbjohnson@winston.com
adale@winston.com
ccliu@winston.com

Zoe A. Goldstein
WINSTON & STRAWN LLP
35 West Wacker Driver
Chicago, Illinois 60601
(312) 558-5600
zgoldstein@winston.com

Dated: January 15, 2026

## DISPUTED CLAIM TERMS & CONSTRUCTIONS

| '469 Patent Claim Term/Phrase to be Construed | Viasat and Anuvu's Proposed Construction and Intrinsic Evidence | Defendants' Proposed Construction and Intrinsic Evidence |
|---|---|---|
| a satellite dish<br><br>Claim 24 | a dish-shaped satellite antenna<br><br>**Intrinsic evidence:**<br><br>Abstract<br>1:21-24<br>1:38-41<br>1:47-52<br>3:1-24<br>3:42-52<br>4:21-24<br>5:60-6:13<br>8:24-65<br>Figs. 1-4<br><br>Provisional App. 60/507,022 (pp. 1, 3, Figure)<br><br>Provisional App. 60/517,044 (pp. 1, 2, 4, Figure)<br><br>Provisional App. 60/523,061 (pp. 1, 3-5, Figure)<br><br>Office Action dated June 15, 2007, p. 2 (including prior art cited therein); Office Action Response dated | plain and ordinary meaning, *i.e.*, a device that allows for communication with a satellite<br><br>**Intrinsic evidence:**<br><br>Title<br>Abstract<br>1:1-2<br>1:34-46<br>3:5-23<br>3:43-52<br>4:1-5<br>8:24-43 |

|  | September 17, 2007, pp. 9, 10, 16, 19. |  |
| --- | --- | --- |
| location<br><br>Claim 24 | a geographical position or site<br><br>**Intrinsic evidence:**<br><br>1:38-56<br>2:34-42<br>3:1-18<br>3:52-67<br>4:17-28<br>5:32-45<br>6:38-61 | plain and ordinary meaning, *i.e.*, a [remote] position<br><br>**Intrinsic evidence**:<br><br>Abstract<br>1:34-41<br>3:5-23<br>3:43-52<br>8:20-43<br>8:47-50 |

| | | |
|---|---|---|
| | 7:22-25<br>8:20-65<br>Figs. 1-4<br><br>Provisional App. 60/507,022 (pp. 1-3, Figure)<br><br>Provisional App. 60/517,044 (pp. 1, 3, 4, Figure)<br><br>Provisional App. 60/523,061 (pp. 1, 4, 5, Figure)<br><br>Office Action dated June 15, 2007, p. 2 (including prior art cited therein); Office Action Response dated September 17, 2007, pp. 2, 6, 9, 10, 15, 19, 20. | |