IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIASAT, INC., <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, <br><br> Defendants/Counter-Plaintiff. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 25-056-CFC <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFF VIASAT, INC.'S**
**MOTION FOR CLAIM CONSTRUCTION**

Plaintiff and counterclaim-defendant Viasat, Inc. ("Viasat") requests that the Court adopt the claim construction positions of Viasat set forth in the Joint Claim Construction Chart (D.I. 88).

OF COUNSEL:
Matthew S. Warren
Erika H. Warren
Madeline A. Woodall
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, CA, 94114
(415) 895-2940

Dated: January 15, 2026

/s/ Nathan R. Hoeschen
Karen E. Keller (No. 4489)
Nathan R. Heschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Viasat, Inc.*