# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIASAT, INC., *Plaintiff*, v. INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, *Defendants*. | C.A. No. 25-cv-56-CFC |

## MOTION FOR CLAIM CONSTRUCTION

Pursuant to the Court's Amended Scheduling Order dated October 14, 2025 (D.I. 80), Defendants Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively "Defendants" or "IV"), by and through their attorneys of record, requests that the Court adopt the claim construction positions of IV set forth in the Joint Claim Construction Chart (D.I. 88) and in its briefing.

Dated: January 15, 2026

Of Counsel:

Jonathan K. Waldrop
Darcy L. Jones
Marcus A. Barber
John Downing
Heather S. Kim
ThucMinh Nguyen
KASOWITZ LLP
333 Twin Dolphin Dr., Suite 200

Respectfully submitted,

FARNAN LLP

*/s/ Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Redwood Shores, CA 94065
Tel: (650) 453-5170
Fax: (650) 362-9302
JWaldrop@kasowitz.com
DJones@kasowitz.com
MBarber@kasowitz.com
JDowning@kasowitz.com
HKim@kasowitz.com
TNguyen@kasowitz.com

Paul G. Williams
KASOWITZ LLP
1230 Peachtree Street, N.E., Suite 2445
Atlanta, Georgia 30309
Tel: (404) 260-6080
Fax: (404) 260-6081
PWilliams@kasowitz.com

Attorneys for Defendants
*Intellectual Ventures I LLC and Intellectual Ventures II LLC*