**CERTIFICATE OF COMPLIANCE**

I hereby confirm that this brief complies with the type and number limitations set forth in the January 22, 2025, Standing Order Regarding Briefing in All Cases. I certify that this document contains 4,974 words, which were counted using the word count feature in Microsoft Word, in 14-point Times font. The word count does not include the cover page, tables, or the signature blocks.

*/s/ Michael J. Farnan*
Brian E. Farnan (No. 4089)
Michael J. Farnan (No. 5165)
FARNAN LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Defendants/Counter-Plaintiff, Intellectual Ventures I LLC and Intellectual Ventures II LLC*

Dated: February 3, 2026