# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIASAT, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, <br><br> *Defendants*. | C.A. No. 1:25-cv-00056-CFC |

## DECLARATION OF JONATHAN K. WALDROP IN SUPPORT OF DEFENDANTS/COUNTER PLAINTIFF INTELLECTUAL VENTURES I LLC AND INTELLECTUAL VENTURE II LLC'S BRIEF IN OPPOSITION TO VIASAT, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS UNDER 35 U.S.C. § 101

I, Jonathan K. Waldrop, declare as follows:

1. I am a Partner with the law firm of Kasowitz LLP. I am one of the attorneys responsible for the representation of Defendants Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively, "Defendants" or "IV") in this matter and make this declaration in support of Defendants'/Counter Plaintiff Brief in Opposition to Viasat, Inc.'s Motion for Judgment on the Pleadings under 35 U.S.C. § 101.

2. Attached hereto as Exhibit A is a true and correct copy of the Non-Final Rejection, dated June 15, 2007 (an excerpt from the Prosecution History for U.S. patent No. 7,324,469).

3. Attached hereto as Exhibit B is a true and correct copy of the Applicant Arguments, dated September 17, 2007 (an excerpt from the Prosecution History for U.S. patent No. 7,324,469).

4. Attached hereto as Exhibit C is a true and correct copy of the Amendments, dated September 17, 2007 (an excerpt from the Prosecution History for U.S. patent No. 7,324,469).

5. Attached hereto as Exhibit D is a true and correct copy of the Notice of Allowance, dated October 25, 2007 (an excerpt from the Prosecution History for U.S. patent No. 7,324,469).

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief, formed after reasonable inquiry under the circumstances.

Executed on the 3rd day of February, 2026, in San Francisco, California.

/s/ *Jonathan K. Waldrop*
Jonathan K. Waldrop