# Exhibit C

09/17/2007 15:30 FAX 513 381 0205   TS&H CINCINNATI   ☒001/024

**RECEIVED**
CENTRAL FAX CENTER

SEP 17 2007



# Taft/

Taft Stettinius & Hollister LLP

425 Walnut Street, Suite 1800 / Cincinnati, Ohio 45202-3957 / Tel: 513.381.2838 / Fax: 513.381.0205 / www.taftlaw.com
Cincinnati / Columbus / Cleveland / Dayton / Covington

## FAX TRANSMISSION

**From:** Sharon A. Shelton Paralegal           **Date:** September 17, 2007

**Direct Line:** (513) 357-9406

---

**To:** USPTO           **Fax:** 571-273-8300           **Confirmation:**
  EXMR TRAN

**No. of Pages (w/cover sheet)** 24

### CONFIDENTIALITY NOTICE
This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender at the number listed below.

If you do not receive all pages satisfactorily, please call (513) 381-2838, ext. 173.

**Message:** **DELIVER TO EXAMINER CONGVAN TRAN**

| | | |
|---|---|---|
| Applicant | : | W. David Wilson |
| Serial No. | : | 10/950,860 |
| Filed | : | September 27, 2004 |
| Title | : | SATELLITE DISTRIBUTED HIGH SPEED INTERNET ACCESS |
| Docket No. | : | SYS05-GN001 |
| Examiner | : | Tran, CongVan |
| Art Unit | : | 2617 |

SEE ATTACHED AMENDMENT IN RESPONSE TO OFFICE ACTION OF 6/15/07, TO BE FILED IN THE ABOVE-REFERENCED APPLICATION.

[W1079145.1]Sent By: _____ Time: _____
CMR: 71569                                             CONFIRMED BY FAX OPERATOR   TX/RX # _____

**RECEIVED
CENTRAL FAX CENTER

SEP 1 7 2007**

**Certificate of Transmission**

I hereby certify that this correspondence is being facsimile transmitted to the United States Patent and Trademark Office, Fax No. (571) 273-8300 on:

9/17/2007          Sharon Shelton
(Date)             (Name)

**PATENT**

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Application of:

| | | |
|---|---|---|
| Applicant | : | W. David Wilson |
| Serial No. | : | 10/950,860 |
| Filed | : | September 27, 2004 |
| Title | : | SATELLITE DISTRIBUTED HIGH SPEED INTERNET ACCESS |
| Docket No. | : | SYS05-GN001 |
| Examiner | : | Tran, CongVan |
| Art Unit | : | 2617 |

Hon. Commissioner for Patents
Alexandria, VA 22313-1450

## AMENDMENT

This Amendment is filed in response to the Office action mailed on June 15, 2007 having a period of response extending through and including September 15, 2007. Reconsideration of the application is respectfully requested.

{W1075333.1}

09/17/2007 15:30 FAX  513 381 0205       TS&H CINCINNATI                    ☒003/024

Serial No.: 10/772,747
Attorney Docket No.: 2003-0660.02
Amendment

**RECEIVED
CENTRAL FAX CENTER

SEP 1 7 2007**

IN THE CLAIMS:

1. (Currently Amended)   A method for establishing and operating an Internet Hotspot comprising the steps of:

providing a satellite dish communicating with the Internet via data link with a satellite; ~~and~~

providing at least one router operatively coupled to the satellite dish;

providing a subscriber access unit operatively coupled between the satellite dish and the router;

installing the satellite dish, ~~and~~ router and subscriber access unit in a rural location, the rural location experiencing ~~which experiences~~ a relatively high volume of transient traffic;

connecting a web-ready device to the router;

creating by a user a subscription account, the subscription account being created on a remote server and enabling the user to access the Internet;

navigating a browser operating on the web-ready device to a subscriber access website, the subscriber access website being capable of verifying that the subscription account is valid;

verifying that the subscription account is valid via the subscriber access website to allow access to the Internet; and

allowing a user to access the Internet at the rural location. ~~by connecting a user's web-ready device to the Internet via the router and satellite dish.~~

2. (Currently Amended)   The method of claim 1, wherein the router includes at least one jack to which a web-ready device may be connected via a ~~cable~~ wired connection.

3. (Canceled)

{W1075333.1}                            2

PAGE 3/24 * RCVD AT 9/17/2007 3:34:11 PM [Eastern Daylight Time] * SVR:USPTO-EFXRF-5/7 * DNIS:2738300 * CSID:513 381 0205 * DURATION (mm-ss):04-04

09/17/2007 15:30 FAX  513 381 0205        TS&H-CINCINNATI                    ☐004/024

Serial No.: 10/772,747
Attorney Docket No.: 2003-0660.02
Amendment

4. (Currently Amended)    The method of claim ~~3~~ 1, wherein the <u>step of creating a subscription account includes creating</u> ~~user opens a~~ the subscription account using a prepaid coupon via the remote server<u>.</u> ~~before the user is enabled to access other websites.~~

5. (Currently Amended)    The method of claim ~~3~~ 1, wherein the <u>step of creating a subscription account includes</u> ~~user purchases~~ <u>purchasing by the user</u> a quantity of subscription-based access time using a credit card via the remote server<u>.</u> ~~before the user is enabled to access other websites.~~

6. (Original)    The method of claim 5, wherein the subscription-based access time may be purchased in a definite quantity.

7. (Original)    The method of claim 5, wherein the subscription-based access time may be purchased on a "continued until canceled" basis.

8. (Original)    The method of claim 5, wherein the credit card billing is performed by an existing merchant service.

9. (Original)    The method of claim 8, wherein the existing merchant service is reciprocal with other Internet subscription providers nationwide.

10. (Canceled)

11. (Currently Amended)    The method of claim ~~10~~ 1, wherein the <u>verifying step</u> ~~authentication of the user's account~~ is performed by a subscriber merchant service.

12. (Currently Amended)    The method of claim 1, wherein the connecting step includes <u>connecting the</u> ~~a step of communicating the user's~~ web-ready device to the router via a wireless connection.

{W1075333.1}                          3

PAGE 4/24 * RCVD AT 9/17/2007 3:34:11 PM [Eastern Daylight Time] * SVR:USPTO-EFXRF-5/7 * DNIS:2738300 * CSID:513 381 0205 * DURATION (mm-ss):04-04

Serial No.: 10/772,747
Attorney Docket No.: 2003-0660.02
Amendment

13. (Currently Amended)    The method of claim 12, wherein a plurality of users can simultaneously connect web-ready devices to the router. ~~access the Internet by communicating wireless web-ready devices with the router.~~

14.-22. (Canceled)

23. (Original)    The method of claim 12, further comprising the steps of operatively coupling at least one wireless transceiver extender unit between the satellite dish and the router to extend the range of Internet access at the rural location.

24. (Canceled)

25. (Canceled)

26. (Original)    A method for providing satellite-distributed high-speed Internet access, comprising the steps of:

providing a router to which a web-ready device may be connected via at least one of a cable or a wireless data link;

assigning a dynamic IP address to the web-ready device that has been connected to the router;

forwarding by the router of the user's connection to a subscriber access unit;

retrieving from memory by the subscriber access unit of the static IP address of a remote server;

forwarding the user's connection to a satellite dish;

establishing communication by the satellite dish with a satellite, which is enabled to send and receive data over the Internet;

establishing a connection over the Internet with the remote server, whose interface is viewed by the user as a webpage on the web-ready device;

prompting by the remote server of the user for a username and password;

{W1075333.1}                                            4

Serial No.: 10/772,747
Attorney Docket No.: 2003-0660.02
Amendment

accessing a database by the remote server to verify the username and password;

prompting the user to create a new account, if the username and password are invalid or the user's account has zero time remaining;

allowing the user to access other websites, until the user's account has zero time remaining or the user logs off the network; and

updating the user's account in the database by the remote server to subtract the amount of time used during the just-completed session, when the user logs off the network.

27. (Original)     The method of claim 26, wherein the interface of the remote server is viewed by the user as a webpage on the web-ready device using Secure Socket Layer encryption.

28. (Original)     The method of claim 26, wherein the user may create an account using a prepaid coupon.

29. (Original)     The method of claim 26, further comprising, after the step of prompting the user to create a new account, if the username and password are invalid or the user's account has zero time remaining, the step of:

charging the user's credit card, if a new account is created.

30. (Original)     The method of claim 29, wherein the user may purchase access time in a definite quantity when creating an account.

31. (Original)     The method of claim 29, wherein the user may purchase access time on a "continue until canceled" basis when creating an account.

32. (Original)     The method of claim 29, wherein the charging of the user's credit card is performed by an existing merchant service.

{W1075333.1}                                    5

Serial No.: 10/772,747
Attorney Docket No.: 2003-0660.02
Amendment

33. (Original)     The method of claim 32, wherein the existing merchant service is reciprocal with other Internet subscription providers nationwide.

34. (Original)     The method of claim 29, further comprising the step of installing the router and the satellite dish in a rural location experiencing a relatively high volume of transient traffic.

35. (Currently Amended)    An Internet Hotspot comprising:
   a satellite dish ~~installed in a remote location experiencing a relatively high volume of transient traffic, and the satellite dish~~ communicating with the Internet via <u>one or more</u> data link<u>s</u> with a satellite;
   at least one router operatively coupled to the satellite dish ~~and installed in the remote location~~;
   <u>a subscriber access unit operatively coupled between the satellite dish and the at least one router, the subscriber access unit being capable of authenticating a subscription account associated with a user prior to allowing the user access to the Internet; and</u>
   <u>a web-ready device operatively coupled to the at least one router, the web-ready device having a browser application operating thereon for accessing the Internet;</u>
   <u>wherein the satellite dish, the at least one router and the subscriber access unit are located in a remote location experiencing a relatively high volume of transient traffic;</u>
   wherein ~~a~~ <u>the</u> user may <u>authenticate the subscription account and</u> access the Internet at the remote location by establishing a data connection <u>between the</u> web-ready device and ~~with~~ the router<u>.</u> ~~via a user's web-ready device.~~

36. (Currently Amended)    The Internet Hotspot of claim 35, wherein the data connection is <u>one of</u> a wired data connection <u>and</u> a wireless data connection.

{W1075333.1}                             6

Serial No.: 10/772,747
Attorney Docket No.: 2003-0660.02
Amendment

37. (Original)    The Internet Hotspot of claim 35, wherein a plurality of users may access the Internet simultaneously at the remote location by respectively establishing data connections with the router via their web-ready devices.

38. (Original)    The Internet Hotspot of claim 37, wherein the data connections include wired data connections.

39. (Original)    The Internet Hotspot of claim 37 ~~38~~, wherein the data connections include wireless data connections.

40. (Original)    The Internet Hotspot of claim 39, further comprising an amplifier and antenna operatively coupled to the router.

41. (Currently Amended)    The Internet Hotspot of claim ~~39~~ 40, wherein the router is a Vivato outdoor switch.

42.-44. (Canceled)

45. (Currently Amended)    The Internet Hotspot of claim ~~43~~ 35, further comprising at least one wireless extender transceiver ~~wirelessly,~~ operatively coupled between the subscriber access unit and the router.

46. (Canceled)

47. (Newly Added)    The method of claim 1, further comprising an amplifier and antenna operatively coupled to the router.

48. (Newly Added)    The method of claim 12, wherein the wireless connection is one of an 802.11a wireless area network, an 802.11b wireless area network, an 802.11g wireless area network, and an 802.11n wireless area network.

Serial No.: 10/772,747
Attorney Docket No.: 2003-0660.02
Amendment

49. (Newly Added)   The Internet Hotspot of claim 36, wherein the wireless connection is one of an 802.11a wireless area network, an 802.11b wireless area network, an 802.11g wireless area network, and an 802.11n wireless area network.