IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIASAT, INC., ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | |
| ) | C.A. No. 25-056-CFC |
| INTELLECTUAL VENTURES I LLC ) and INTELLECTUAL VENTURES II LLC, ) | |
| ) | |
| Defendants/Counter-Plaintiffs. ) | |

## STIPULATION TO EXTEND TIME

The parties hereby stipulate and agree, subject to the approval of the Court, that the deadline for plaintiff Viasat, Inc. to file a reply brief in support of Viasat, Inc.'s Motion for Judgment on the Pleadings Under 35 U.S.C. § 101 is extended from February 10, 2026 to February 17, 2026.

/s/ Nathan R. Hoeschen
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Viasat, Inc.*

/s/ Michael J. Farnan
Brian E. Farnan (No. 4089)
Michael J. Farnan (No. 5165)
FARNAN LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com
*Attorneys for Intellectual Ventures I LLC and Intellectual Ventures II LLC*

2

SO ORDERED this _____ day of _____ 2026,

_____
United States District Court Judge