

Nathan R. Hoeschen
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0709
nhoeschen@shawkeller.com

February 17, 2026

**BY CM/ECF & HAND DELIVERY**
The Honorable Colm F. Connolly
United States District Judge
844 N. King Street
Wilmington, DE 19801

    Re:   *Viasat, Inc. v. Intellectual Ventures I LLC et al*,
           C.A. No. 25-056-CFC

Dear Chief Judge Connolly:

    Pursuant to D. Del. L. R. 7.1.4, plaintiff Viasat, Inc. respectfully requests oral argument on Viasat, Inc.'s Motion for Judgment on the Pleadings under 35 U.S.C. § 101 (D.I. 84).

    Briefing on the motion is complete, and the parties' submissions may be found at D.I. 85, 86, 93, 94, and 97. Viasat filed the reply brief on February 17, 2026.

                                       Respectfully submitted,

                                       */s/ Nathan R. Hoeschen*

                                       Nathan R. Hoeschen (No. 6232)

cc:    Clerk of the Court (by CM/ECF & Hand Delivery)
        All counsel of record (by CM/ECF & Email)