## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| VIASAT, INC.,<br><br>             Plaintiff,<br><br>   v.<br><br>INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>             Defendants. | C.A. No. 25-cv-56-CFC |
| ANUVU CORP.,<br><br>             Plaintiff,<br><br>   v.<br><br>INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>             Defendants. | C.A. No. 25-cv-124-CFC |

## STIPULATION TO EXTEND TIME

The parties hereby agree, subject to the approval of the Court, that the deadline for Defendants to serve their Answering Claim Construction Brief is extended to March 5, 2026.

DATED: February 25, 2026

Respectfully submitted,

SHAW KELLER LLP

FARNAN LLP

/s/ *Nathan R. Hoeschen*
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
I.M. Pei Building

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor

1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302)298-0700
kkeller@shawkeller.com

*Attorneys for Viasat, Inc.*

PHILLIPS, MCLAUGHLIN & HALL, P.A.

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
1200 North Broom Street
Wilmington, Delaware 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com

*Attorneys for Anuvu Corp.*

Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Defendants*

IT IS SO ORDERED this 26th day of February, 2026.

_____
The Honorable Colm F. Connolly