## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIASAT, INC., <br><br>            Plaintiff, <br><br>    v. <br><br> INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, <br><br>            Defendants. | C.A. No. 25-cv-56-CFC |
| ANUVU CORP., <br><br>            Plaintiff, <br><br>    v. <br><br> INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, <br><br>            Defendants. | C.A. No. 25-cv-124-CFC |

## STIPULATION TO EXTEND TIME

The parties agree, subject to the approval of the Court, that the deadline for Defendants to serve their Answering Claim Construction Brief is extended to March 12, 2026.

DATED: March 5, 2026          Respectfully submitted,

SHAW KELLER LLP          FARNAN LLP

/s/ Nathan R. Hoeschen          /s/ Brian E. Farnan
Karen E. Keller (No. 4489)          Brian E. Farnan (Bar No. 4089)
Nathan R. Hoeschen (No. 6232)          Michael J. Farnan (Bar No. 5165)
I.M. Pei Building          919 North Market Street, 12th Floor

1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302)298-0700
kkeller@shawkeller.com
nhoeschan@shawkeller.com

*Attorneys for Viasat, Inc.*

PHILLIPS, MCLAUGHLIN & HALL,
P.A.

*/s/* David A. Bilson
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
1200 North Broom Street
Wilmington, Delaware 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com

*Attorneys for Anuvu Corp.*

Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Defendants*

IT IS SO ORDERED this _____ day of March, 2026.

_____
The Honorable Colm F. Connolly

2