IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIASAT, INC.,<br><br>                Plaintiff,<br>   v.<br><br>INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>                Defendants. | C.A. No. 25-cv-56-CFC |
| ANUVU CORP.,<br><br>                Plaintiff,<br>   v.<br><br>INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>                Defendants. | C.A. No. 25-cv-124-CFC |

## STIPULATION TO EXTEND TIME

The parties agree, subject to the approval of the Court, that the deadline for

Defendants to serve their Answering Claim Construction Brief is extended to March

12, 2026.

| | |
|---|---|
| DATED: March 5, 2026 | Respectfully submitted, |
| SHAW KELLER LLP | FARNAN LLP |
| /s/ Nathan R. Hoeschen | /s/ Brian E. Farnan |
| Karen E. Keller (No. 4489) | Brian E. Farnan (Bar No. 4089) |
| Nathan R. Hoeschen (No. 6232) | Michael J. Farnan (Bar No. 5165) |
| I.M. Pei Building | 919 North Market Street, 12th Floor |

1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302)298-0700
kkeller@shawkeller.com
nhoeschan@shawkeller.com

*Attorneys for Viasat, Inc.*

PHILLIPS, MCLAUGHLIN & HALL,
P.A.

/s/ David A. Bilson
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
1200 North Broom Street
Wilmington, Delaware 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com

*Attorneys for Anuvu Corp.*

Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Defendants*

IT IS SO ORDERED this _5th_ day of March, 2026.

_____
The Honorable Colm F. Connolly

2