# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIASAT, INC., <br><br> Plaintiff, <br> v. <br><br> INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, <br><br> Defendants. | C.A. No. 25-cv-56-CFC |
| ANUVU CORP., <br><br> Plaintiff, <br> v. <br><br> INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, <br><br> Defendants. | C.A. No. 25-cv-124-CFC |

## STIPULATION REGARDING CLAIM CONSTRUCTION

The parties agree, subject to the approval of the Court, that claim construction is not necessary in this action as the parties agree to withdraw all claim construction disputes (*see* D.I. 88).

| | |
|---|---|
| DATED: March 13, 2026 | Respectfully submitted, |
| SHAW KELLER LLP | FARNAN LLP |
| /s/ Nathan R. Hoeschen <br> Karen E. Keller (No. 4489) <br> Nathan R. Hoeschen (No. 6232) <br> I.M. Pei Building | /s/ Brian E. Farnan <br> Brian E. Farnan (Bar No. 4089) <br> Michael J. Farnan (Bar No. 5165) <br> 919 North Market Street, 12th Floor |

<div style="column">

1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302)298-0700
kkeller@shawkeller.com
nhoeschan@shawkeller.com

*Attorneys for Viasat, Inc.*

PHILLIPS, MCLAUGHLIN & HALL, P.A.

/s/ David A. Bilson
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
1200 North Broom Street
Wilmington, Delaware 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com

*Attorneys for Anuvu Corp.*

</div>

<div style="column">

Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Defendants*

</div>

IT IS SO ORDERED this ____ day of March, 2026.

_____
The Honorable Colm F. Connolly

2