## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

VIASAT, INC.,

                  Plaintiff,

    v.

INTELLECTUAL VENTURES I LLC
and INTELLECTUAL VENTURES II
LLC,

                  Defendants.

C.A. No. 25-cv-56-CFC

ANUVU CORP.,

                  Plaintiff,

    v.

INTELLECTUAL VENTURES I LLC
and INTELLECTUAL VENTURES II
LLC,

                  Defendants.

C.A. No. 25-cv-124-CFC

## STIPULATION TO EXTEND TIME

The parties hereby agree, subject to the approval of the Court, that the deadline for completion of document production (D.I. 78 at ¶ 9(b)) is extended through and including July 9, 2026. No other deadlines are affected by this stipulation.

Respectfully submitted,

SHAW KELLER LLP

/s/ Nathan R. Hoeschen
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302)298-0700
kkeller@shawkeller.com

*Attorneys for Viasat, Inc.*

PHILLIPS, MCLAUGHLIN & HALL,
P.A.

/s/ David A. Bilson
John C. Phillips, Jr. (No. 110)
David A. Bilson (No. 4986)
1200 North Broom Street
Wilmington, Delaware 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com

*Attorneys for Anuvu Corp.*

Dated:June 25, 2026

FARNAN LLP

/s/ Michael J. Farnan
Brian E. Farnan (No. 4089)
Michael J. Farnan (No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Defendants*

IT IS SO ORDERED this 26TH day of June, 2026.

_____
The Honorable Colm F. Connolly

2