## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIASAT, INC.,<br><br>       Plaintiff,<br>  v.<br><br>INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>       Defendants. | C.A. No. 25-cv-56-CFC |
| ANUVU CORP.,<br><br>       Plaintiff,<br>  v.<br><br>INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>       Defendants. | C.A. No. 25-cv-124-CFC |

## STIPULATION TO EXTEND TIME

The parties hereby agree, subject to the approval of the Court, that the deadline for completion of document production is extended through and including July 23, 2026. No other deadlines are affected by this stipulation.

Respectfully submitted,

| | |
|---|---|
| SHAW KELLER LLP | FARNAN LLP |

| | |
|---|---|
| /s/ *Nathan R. Hoeschen* | /s/ *Brian E. Farnan* |
| Karen E. Keller (No. 4489) | Brian E. Farnan (Bar No. 4089) |
| Nathan R. Hoeschen (No. 6232) | Michael J. Farnan (Bar No. 5165) |
| I.M. Pei Building | 919 North Market Street, 12th Floor |
| 1105 North Market Street, 12th Floor | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 777-0300 |
| (302)298-0700 | bfarnan@farnanlaw.com |
| kkeller@shawkeller.com | mfarnan@farnanlaw.com |

*Attorneys for Viasat, Inc.*          *Attorneys for Defendants*

PHILLIPS, MCLAUGHLIN & HALL,
P.A.

/s/David A. Bilson
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
1200 North Broom Street
Wilmington, Delaware 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com

*Attorneys for Anuvu Corp.*

Dated:July 9, 2026

IT IS SO ORDERED this _____ day of July, 2026.

_____
The Honorable Colm F. Connolly

2