**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VIASAT, INC.,<br><br>       Plaintiff,<br>v.<br><br>INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>       Defendants. | C.A. No. 25-cv-56-CFC |
| ANUVU CORP.,<br><br>       Plaintiff,<br>v.<br><br>INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>       Defendants. | C.A. No. 25-cv-124-CFC |

**STIPULATION TO EXTEND TIME**

The parties hereby agree, subject to the approval of the Court, that the deadline for completion of document production is extended through and including August 6, 2026. No other deadlines are affected by this stipulation.

Respectfully submitted,

SHAW KELLER LLP

/s/ Nathan R. Hoeschen
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302)298-0700
kkeller@shawkeller.com

Attorneys for Viasat, Inc.

PHILLIPS, MCLAUGHLIN & HALL, P.A.

/s/ David A. Bilson
John C. Phillips, Jr. (No. 110)
David A. Bilson (No. 4986)
1200 North Broom Street
Wilmington, Delaware 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com

Attorneys for Anuvu Corp.

Dated: July 23, 2026

FARNAN LLP

/s/ Michael J. Farnan
Brian E. Farnan (No. 4089)
Michael J. Farnan (No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Attorneys for Defendants

IT IS SO ORDERED this 24ᵗʰ day of July, 2026.

_____
The Honorable Colm F. Connolly

2