**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VIASAT, INC.,<br><br>Plaintiff,<br>v.<br><br>INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>Defendants. | C.A. No. 25-cv-56-CFC |
| ANUVU CORP.,<br><br>Plaintiff,<br>v.<br><br>INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>Defendants. | C.A. No. 25-cv-124-CFC |

**STIPULATION TO EXTEND TIME**

The parties hereby agree, subject to the approval of the Court, that the deadline for completion of document production is extended through and including September 3, 2026. No other deadlines are affected by this stipulation.

Respectfully submitted,

SHAW KELLER LLP

/s/ Nathan R. Hoeschen
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302)298-0700
kkeller@shawkeller.com

*Attorneys for Viasat, Inc.*

PHILLIPS, MCLAUGHLIN & HALL, P.A.

/s/ John C. Phillips, Jr.
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
1200 North Broom Street
Wilmington, Delaware 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com

*Attorneys for Anuvu Corp.*

FARNAN LLP

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Defendants*

Dated: August 20, 2026

IT IS SO ORDERED this ____ day of August, 2026.

______________________________
The Honorable Colm F. Connolly