**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

VIASAT, INC.,

Plaintiff,

v.

INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,

Defendants.

C.A. No. 25-056-CFC

**STIPULATION TO EXTEND TIME**

The parties hereby agree, subject to the approval of the Court, that the deadline for completion of fact discovery is extended through and including October 22, 2026. The purpose of this extension is to preserve the status quo and avoid unnecessary expenses while the parties engage in settlement discussions. No other deadlines are affected by this stipulation.

SHAW KELLER LLP

*/s/ Nathan R. Hoeschen*
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302)298-0700
kkeller@shawkeller.com
*Attorneys for Viasat, Inc.*

FARNAN LLP

*/s/ Michael J. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com
*Attorneys for Defendants*

Dated: October 8, 2026

IT IS SO ORDERED this 13th day of October, 2026.

The Honorable Colm F. Connolly