**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VIASAT, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>*Defendants.* | C.A. No. 25-cv-56-CFC |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PATENT ELIGIBILITY UNDER 35 U.S.C. § 101**

Intellectual Ventures respectfully notifies the Court that, on October 2, 2026, Bruce R. Elbert submitted an expert declaration in the merged ex parte reexamination proceedings concerning U.S. Patent No. 7,324,469, Reexamination Control Nos. 90/015,619 and 90/015,643, providing technical testimony concerning the architecture and operation of the claimed systems. Mr. Elbert explains, among other things, that claim 24 requires a particular arrangement in which a distinct subscriber access unit is positioned between the user-facing router and satellite dish and participates in controlling Internet access, and that the cited prior-art systems used materially different component arrangements such that combining their individual teachings does not, without additional modifications and technical

explanation, establish the claimed apparatus. Elbert Decl. ¶¶ 51, 94–100, 117–118, 209–223, 296–315 (attached as Exhibit A). This subsequent evidence, now part of the intrinsic reexamination record, bears directly on the Court's preliminary characterization of the claims at Alice step one, the step-two question whether the claimed ordered combination was well-understood, routine, and conventional, and IV's argument that resolution under Rule 12(c) is premature where the technical significance and conventionality of the claimed arrangement present factual issues.

Dated: November 4, 2026

Respectfully submitted,

FARNAN LLP

*/s/ Brian E. Farnan*

Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Attorneys for Defendants
*Intellectual Ventures I LLC and*
*Intellectual Ventures II LLC*

Of Counsel:

Jonathan K. Waldrop
Marcus A. Barber
John Downing
Heather S. Kim
ThucMinh Nguyen
**KASOWITZ LLP**
One Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel: (415) 421-6140
Fax: (415) 358-4408
JWaldrop@kasowitz.com
MBarber@kasowitz.com
JDowning@kasowitz.com
HKim@kasowitz.com
TNguyen@kasowitz.com

Paul G. Williams
**KASOWITZ LLP**
1230 Peachtree Street, N.E., Suite 3750
Atlanta, Georgia 30309
Tel: (404) 260-6080

Fax: (404) 260-6081
PWilliams@kasowitz.com